# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Moocho, Inc.

Case No.  26-10911
Chapter  11

_____Debtor_____/

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B).  I certify that:

[  ]   The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added).  I have:
1.   remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2.   provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3.   provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
4.   filed an amended schedule(s) and summary of schedules; and
5.   filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[  ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted).  **I have:**
1.   remitted the required fee;
2.   provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.   filed an amended schedule(s) and summary of schedules.

[  ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list.  **I have:**
1.   provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
2.   filed an amended schedule(s) or other paper.

[  ]   The paper filed **corrects** schedule D or E/F amount(s) or classification(s).  **I have:**
1.   remitted the required fee;
2.   provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.   filed an amended schedule(s) and summary of schedules.

[ x ]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It □ does ☒ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated:   01/26/2026

/s/ Thomas G. Zeichman
_____
Attorney for Debtor (or Debtor, if pro se)
   Thomas G. Zeichman

_____
Joint Debtor (if applicable)

Print Name
   99239
_____
Florida Bar Number

_____
Address

_____
Phone Number

LF-4 (rev. 12/01/15)