Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | MOOCHO, INC. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known): | 26-10911 |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ACE FUNDING SOURCE LLC c/o Christopher Martinez 235 SW 42nd Ave Miami, FL 33134 | | | | | | $Unknown |
| AdCellerant LLC c/o Richard Paul Joblov 8821 SW 136th St, Unit 560592 Miami, FL 33256 | | | | | | Unknown |
| Advance Servicing Inc c/o David Fogel, 32 Top Of The Rdg Mamaroneck, NY 10543 | | | | | | Unknown |
| Alice Hsieh 21739 Hardy Oak Blvd San Antonio, TX 78258 | | | | | | Unknown |
| Angie's - Utah 690 Main St. Logan Logan, UT 84321 | | | | | | Unknown |
| Anna Ryzha 1005-2240 Lakeshore Blvd West Etobicoke Ontario M8V0B1 Canada | | | | | | Unknown |
| Another Broken Egg Purdue 516 Northwestern Ave #1500, West Lafayette, IN 47906 | | | | | | Unknown |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

Debtor  MOOCHO, INC.                                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Anupam Nautiyal 65 Nehur Marg Ashutosh Nagar Rishikesh Uttarakhand 29201 India | | | | | | Unknown |
| Apizza Logan - Utah 693 Main St, suite 110 Logan, UT 84321 | | | | | | Unknown |
| Azzip Pizza - Purdue 939 Sagamore Pkwy W, West Lafayette, IN 47906 | | | | | | Unknown |
| Bagel Crust - Penn 332 E Calder Way State College, PA 16801 | | | | | | Unknown |
| Bagel Crust Beaver - Penn 225 W Beaver Ave. State College, PA 16801 | | | | | | Unknown |
| Bandwidth 2230 Bandmate Way Raleigh, NC 27607 | | | | | | Unknown |
| BLACKHAWK NETWORK INC c/o MICHAEL S. VITALE PO Box 112 Orlando, FL 32802 | | | | | | Unknown |
| Bonfatto's - Penn 401 W High St Bellefonte, PA 16823 | | | | | | Unknown |
| Brooke Carlson 38 W222 Hunting Trail Batavia, IL 60510 | | | | | | Unknown |
| Buddy's BBQ - Marshall 1537 3rd Ave Huntington, WV 25701 | | | | | | Unknown |
| Cafe Sabor - Utah 600 W Center St Logan, UT 84321 | | | | | | Unknown |
| Campus Steaks - Penn 119 S Pugh St State College, PA 16801 | | | | | | Unknown |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

| Debtor | MOOCHO, INC. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chimys - Texas State 217 E. HOPKINS San Marcos, TX 78666 | | | | | | Unknown |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H