# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re   MOOCHO, INC.

Debtor(s)

Case No.   26-10911

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   January 26, 2026

/s/ Luis Parra

Luis Parra/Authorized Representative
Signer/Title

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

ACE FUNDING SOURCE LLC
c/o Christopher  Martinez
235 SW 42nd Ave
Miami, FL 33134


AdCellerant LLC
c/o Richard Paul Joblov
8821 SW 136th St, Unit 560592
Miami, FL 33256


Advance Servicing Inc
c/o David Fogel,
32 Top Of The Rdg
Mamaroneck, NY 10543


Alice Hsieh
21739 Hardy Oak Blvd
San Antonio, TX 78258


Angie's - Utah
690 Main St. Logan
Logan, UT 84321


Anna Ryzha
1005-2240 Lakeshore Blvd West Etobicoke


Another Broken Egg Purdue
516 Northwestern Ave #1500, West Lafayet


Anupam Nautiyal
65 Nehur Marg Ashutosh Nagar Rishikesh U


Apizza Logan - Utah
693 Main St, suite 110
Logan, UT 84321


Azzip Pizza - Purdue
939 Sagamore Pkwy W,
West Lafayette, IN 47906


Bagel Crust - Penn
332 E Calder Way
State College, PA 16801


Bagel Crust Beaver - Penn
225 W Beaver Ave.
State College, PA 16801


Bandwidth
2230 Bandmate Way
Raleigh, NC 27607


BLACKHAWK NETWORK INC
c/o MICHAEL S. VITALE
PO Box 112
Orlando, FL 32802

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

```
Bonfatto's - Penn
401 W High St
Bellefonte, PA 16823


Brooke Carlson
38 W222 Hunting Trail
Batavia, IL 60510


Buddy's BBQ - Marshall
1537 3rd Ave
Huntington, WV 25701


Cafe Sabor - Utah
600 W Center St
Logan, UT 84321


Campus Steaks - Penn
119 S Pugh St
State College, PA 16801


Chimys - Texas State
217 E. HOPKINS
San Marcos, TX 78666


Corner Room - Penn
100 W College Ave
State College, PA 16801


Costa Vida S Main - Utah
756 S Main Street
Logan, UT 84321


CPX Interactive, LLC dba Digital Remedy
1441 Broadway Floor 32
New York, NY 10018


Culver's Logan - Utah
1392 N 200 E
Logan, UT 84341


Dollar Fight Club
113 Cherry Street PMB 79116
Seattle, WA 98104-2205


DoorDash, Inc
303 2nd Street, Ste Tower 800
San Francisco, CA 94107


El Jefe's Taqueria - Penn
352 E. CALDER WAY
State College, PA 16801


Emma Ronsiek
2212 N Indian Hills Trail
Brandon, SD 57005
```

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

Everbowl - Ball
1615 W University Ave, Muncie, IN
Muncie, IN 47303


Everbowl - Purdue
302 Vine St STE 170
West Lafayette, IN 47906


Everbowl - Utah
731 Main St Suite 120
Logan, UT 84321


Fiddlehead - Penn
134 W College Ave
State College, PA 16801


Fluent LLC
300 Vesey Street 9th Floor
New York, NY 10282


Gabriel Cintron
4575 Whitton Way Unit 1121
New Port Richey, FL 34653


Giant Food Atherton 6524 - Penn
2121 S Atherton St,
State College, PA 16801


Giant Food Northland 6072- Penn
255 Northland Center
State College, PA 16803


Grace Lux
16298 Connecticut Ave
Fortville, IN 46040


Greek Streak 2 - Utah
185 E 1250 N Suite 100
Logan, UT 84341


Gumby's Pizza - Texas State
312 W. Hopkins St.
San Marcos, TX 78666


Irving's - Penn
110 E College Ave
16801


Iterable, Inc
2261 Market Street #5212
94114


ITRIA VENTURES LLC
c/o Paul A Humbert
199 E Flagler St, Suite 1010
Miami, FL 33131

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

J. Dawgs - Utah
505 E 1400 N #170,
84341


Jason's Deli - CSU
1538 E. Harmony Rd,
Fort Collins, CO 80525


Java House - Purdue
225 S University St
West Lafayette, IN 47907


Jimmy John's Main - Utah
630 S Main St, Ste 3
Logan, UT 84321


Jimmy John's North Main - Utah
1482 N Main St,
Logan, UT 84341


Jimmy John's Stadium Purdue
311 W State St
West Lafayette, IN 47906


Jordan Wood
1415 Lincoln Street
North Chicago, IL 60064


Juliana Raymond
140 E Keel Drive
Hampstead, NC 28443


Juniper Take Out - Utah
35 E 400 N,
Logan, UT 84321


Kasie Awagu
1235B W23rd Street
Houston, TX 77008


Kondu - Penn
132 S Allen St,
State College, PA 16801


Leanplum, Inc
PO Box 8479
Pasadena, CA 91109


Lee's Marketplace Logan - Utah
555 E 1400 N,
Logan, UT 84341


MakeitMVP
4101 Pinetree Drive Apt 1405
Miami Beach, FL 33140

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

Managed Cellular and Telecom Services
4500 Cypress Knee Drive
Boca Raton, FL 33487


Matthew James Hughes
4295 48A Street Delta British Columbia V


Mitchell's Mex - Purdue
2840 S Creasy Ln
Lafayette, IN 47905


NewCo Capital Group LLC
c/o Piekarski Law PLLC,
One Whitehall Street, Suite 200
New York, NY 10004


Ohana Eats - Purdue
620 W Stadium Ave
West Lafayette, IN 47906


PartnerCentric Inc
228 Park Ave S,Ste 46978
New York, NY 10003-1502


Payarc LLC
c/o Rimon PC
333 SE 2nd Ave, Suite 200
Miami, FL 33131


PCH Media
300 Jericho Quadrangle #300
Jericho, NY 11753


Plaid, Inc
1098 Harrison Street
San Francisco, CA 94103


Playa Bowls - Penn
482 E Calder Way
State College, PA 16801


Poke Hibachi - Purdue
112 Andrew Pl
West Lafayette, IN 47906


Prajnov, LLC
16433 Hayes Street
Stilwell, KS 66085


Prodege Guarantor Holdings, LLC
2030 E Maple Ave Ste 200
El Segundo, CA 90245

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

Pure Financial Funding
c/o Piekarski Law PLLC,
One Whitehall Street, Suite 200
New York, NY 10004


Pyramidal Inc dba Satya Systems
245 W 51st Street Ste 601
New York, NY 10019


Qdoba - Marshall
2037 5th Ave,
Huntington, WV 25703


Qualtrics International Inc
333 W River Park Drive
Provo, UT 84604


Ralph Tavarez
5151 Edloe St Apt 6303
Houston, TX 77005


Red Apple Cafe - Ball
3001 N. Oakwood Ave.
Muncie, IN 47304


Roosters - Marshall
26 Pullman Sq,
Huntington, WV 25701


Ruby's Pizzeria - Utah
795 E 1400 N,
Logan, UT 84341


Sherman Creative LLC
11405 Luxmanor Road North
Rockville, MD 20852


Snap Custom Pizza - Penn
132 W College Ave,
State College, PA 16801


Super Chix - Utah
709 Main St,
Logan, UT 84321


The Fort Nutrition - CSU
120 W Stuart St UNIT C,
Fort Collins, CO 80525


The Junction - Utah
1029-1043 Aggie Blvd,
Logan, UT 84321


The Marketplace - Utah
801-899 E 600 N,
Logan, UT 84321

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H

Tropical Smoothie - CSU
700 S College Ave,
Fort Collins, CO 80524


Westside Diner - Purdue
1566 Win Hentschel Blvd
West Lafayette, IN 47906


Winn Dixie
8928 Prominence Pkwy
Unit 200
Jacksonville, FL 32256


Zendesk, Inc.
Attn: Legal Department
181 Fremont Street, 17th Floor
San Francisco, CA 94105

Document Ref: 9DUTX-D5CQD-8TWIZ-NUP9H