**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No. 26-10911-CLC
                                                                Chapter 11

MOOCHO, Inc.

_____/

## NOTICE OF RULE 2004 EXAMINATION

☐       *Testimony:* Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Blackhawk Network, Inc., by the undersigned attorney, will examine Mr. Levenson under oath on TO BE DETERMINED at TO BE DETERMINED at TO BE DETERMINED. The examination will be conducted **at TO BE DETERMINED via TO BE DETERMINED**, and will be recorded by court reporter. The examination may continue from day to day until completed.

☒       *Production*:  Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Blackhawk Network, Inc. requests that **Mathew Ari Levenson** produce the documents, electronically stored information, or objects described on the attached schedule (or if the examination is of a witness other than the debtor, on the attached subpoena), who must permit inspection, copying, testing, or sampling of the materials on **February 23, 2026** at **5:00 p.m.**, at **Baker & Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801**.[1]

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.

---

[1] Please contact us to arrange for the electronic delivery of the requested documents or to obtain our Federal Express billing number for delivery of hard copies of the requested documents. Alternatively, we can provide you with a delivery point within 100 miles of the deponent's residence or place of employment. To make the foregoing arrangements, please email paralegal, Lisa Vander Weide at mvanderweide@bakerlaw.com.

Dated: January 30, 2026

**BAKER & HOSTETLER LLP**

*/s/ Jimmy D. Parrish*
**Jimmy D. Parrish, Esq.**
FL Bar No.: 0526401
E-mail: jparrish@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 540-7920
Facsimile: (407) 841-0168

*Counsel for Blackhawk Network, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 30, 2026, a true and correct copy of the foregoing has been served through the CM/ECF system to all registered CM/ECF recipients and U.S. first class mail, postage pre-paid, to the following parties: (a) the Office of the United States Trustee for the Southern District of Florida, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130; (b) the Debtor, MOOCHO, Inc., 32158 Camino Capistrano, Suite A, PMB 321, San Juan Capistrano, CA 92765; (c) Debtor's counsel, Thomas G. Zeichman, Esq., 2385 Executive Center Dr., Suite 250, Boca Raton, FL 33431; and (d) Mathew Ari Levenson, 4708 Alton Road, Miami Beach, FL 33140.

/s/ *Jimmy D. Parrish*
Jimmy D. Parrish