# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re    MOOCHO, INC.                            Case No.    26-10911-CLC

                               Debtor(s)            Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __MOOCHO, INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| February 3, 2026 | /s/ Thomas Zeichman |
|---|---|
| Date | Thomas Zeichman |
| | Signature of Attorney or Litigant |
| | Counsel for    MOOCHO, INC. |
| | Beighley Myrick Udell Lynne and Zeichman |
| | 2385 NW Executive Center Drive Suite 300 |
| | Boca Raton, FL 33431 |
| | (561) 549-9036  Fax:(561) 491-5509 |
| | tzeichman@bmulaw.com |