**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

In re:

Moocho Inc,                                               Case No. 26-10911-CLC

        Debtor.                                               Chapter 11

_____/

**DEBTOR'S *EX PARTE* SECOND MOTION FOR EXTENSION OF TIME  TO FILE**
**SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, CASE MANAGEMENT**
**SUMMARY, CORPORATE OWNERSHIP STATEMENT, AND LIST OF EQUITY**
**SECURITY HOLDERS**

Moocho, Inc. ("Debtor"), file this *Ex Parte Motion for Extension of Time to File Schedules and Statements of Financial Affairs* and Case Management Summary (the "Motion").  The Motion, filed on an ex parte basis pursuant to Local Rule 9013-1(C)(2), seeks an extension of the deadline by which the Debtors must file their Schedules and Statements of Financial Affairs, and payment advices. In support thereof the Debtor states as follows::

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**BRIEF BACKGROUND**

3.      On January 26, 2026, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

4.      Pursuant to Fed. R. Bankr. P. 1007(c), the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "Schedules") are due to be filed with the Court within 14 days after the Petition Date.  February 9, 2026 is the current deadline.

5.      The Detor has assembled a substantial portion of the information necessary to complete the schedules; however, this is an extensive process for which the Debtor needs additional time. Further, the Debtor is finalizing the case management summary.

1

6.      The meeting of creditors is currently set for February 27, 2026. This Motion requests an extension through and including February 17, 2025.

7.      Local Rule 9013-1(C)(2) allows for an extension of time for the filing of schedules and statements may be granted on an ex parte basis where the requested deadline is not later than seven (7) days before the section 341 meeting. Here, the Debtor requests extension which is not later than seven (7) days before the 341 meeting.

8.      The Debtor submits that this Motion is being filed in good faith and will not prejudice the rights of any creditors or parties in interest.

**WHEREFORE**, Debtor Moocho, respectfully requests respectfully request the entry of an Order in the form attached hereto as **Exhibit A**: (a) granting this Motion; (b) extending the time within which the Debtors shall file their Schedules, SOFA, Case Management Summary, List of Equity Security Holders, through and including February 20, 2026; and (c) granting such further relief which this Court deems just and proper.

Respectfully submitted this February 20, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 20, 2026, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served on this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing including those below.

**BEIGHLEY, MYRICK,**
**UDELL, & ZEICHMAN, PA**
*Proposed Attorneys for Debtor*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
By:      /s/ Thomas G. Zeichman
        THOMAS G. ZEICHMAN
        Florida Bar No. 99239

2

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

In re:

Moocho Inc,                                                  Case No. 26-10911-CLC

       Debtor.                                                Chapter 11

_____/

**ORDER GRANTING**

**DEBTOR'S *EX PARTE* SECOND MOTION FOR EXTENSION OF TIME  TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, CASE MANAGEMENT SUMMARY, CORPORATE OWNERSHIP STATEMENT, AND LIST OF EQUITY <u>SECURITY HOLDERS</u>**

THIS CAUSE came before the Court without a hearing pursuant to Local Rule 9013-1  on the *Debtor's Ex Parte Second Motion for Extension of Time to File Schedules, SOFA, Case Management Summary, List of Equity Security Holders* (DKT No. __) (the "Motion"). The Court having reviewed the Motion, having found that is complies with the Local Rules and that good cause exists to grant the relief sought, it is thereupon

3

**ORDERED AND ADJUDGED**

1.      The Motion is **GRANTED.**

2.      The Debtors shall have an extension of time, up through and including February 20, 2026, within which to file their Schedules, SOFA, Case Management Summary, and List of Equity Security Holders.

###

**Submitted By:**
Thomas G. Zeichman, Esq.
BEIGHLEY, MYRICK, UDELL, & ZEICHMAN, PA
*Attorneys for Debtor*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com

Copies furnished to: Thomas Zeichman, Esq., who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.