**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

In re:

Moocho Inc,                                                     Case No. 26-10911-CLC

     Debtor.                                                     Chapter 11

_____/

**DEBTOR'S THIRD MOTION FOR EXTENSION OF TIME  TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, CASE MANAGEMENT SUMMARY, CORPORATE OWNERSHIP STATEMENT, AND LIST OF EQUITY SECURITY HOLDERS**

Moocho, Inc. ("Debtor"), file this *Thid Motion for Extension of Time to File Schedules and Statements of Financial Affairs and Case Management Summary* (the "Motion").  The Motion, seeks an extension of the deadline by which the Debtors must file their Schedules and Statements of Financial Affairs, and related documents. In support thereof the Debtor states as follows::

### JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### BRIEF BACKGROUND

3.      On January 26, 2026, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

4.      The Debtor is in the process of finalizing the schedules.

5.      The meeting of creditors is currently set for February 27, 2026. This Motion requests an extension through and including February 24, 2025.

6.      The Debtor submits that this Motion is being filed in good faith and will not prejudice the rights of any creditors or parties in interest.

**WHEREFORE**, Debtor Moocho, respectfully requests respectfully request the entry of an Order: (a) granting this Motion; (b) extending the time within which the Debtors shall file their Schedules, SOFA, Case Management Summary, List of Equity Security Holders, through and

including February 24, 2026; and (c) granting such further relief which this Court deems just and proper.

Respectfully submitted this February 23, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 23, 2026, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served on this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing including those below.

**BEIGHLEY, MYRICK,**
**UDELL, & ZEICHMAN, PA**
*Proposed Attorneys for Debtor*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
By:___ /s/ Thomas G. Zeichman_____
        THOMAS G. ZEICHMAN
        Florida Bar No. 99239

2