

**ORDERED in the Southern District of Florida on February 27, 2026.**

_Corali Lopez-Castro_

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

In re:

Moocho Inc,                                     Case No. 26-10911-CLC

      Debtor.                                  Chapter 11

_____/

**ORDER GRANTING**

**DEBTOR'S _EX PARTE_ MOTION FOR EXTENSION OF TIME  TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, CASE MANAGEMENT SUMMARY, CORPORATE OWNERSHIP STATEMENT, AND LIST OF EQUITY SECURITY HOLDERS**

THIS CAUSE came before the Court without a hearing pursuant to Local Rule 9013-1  on the _Debtor's Ex Parte Second Motion for Extension of Time to File Schedules, SOFA, Case Management Summary, List of Equity Security Holders_ (DKT No. 17) (the "Motion"). The Court having reviewed the Motion, having found that is complies with the Local Rules and that good cause exists to grant the relief sought, it is thereupon

**ORDERED AND ADJUDGED**

1.      The Motion is **GRANTED.**

2.      The Debtors shall have an extension of time, up through and including February 17, 2026, within which to file their Schedules, SOFA, Case Management Summary, and List of Equity Security Holders.

###

**Submitted By:**
Thomas G. Zeichman, Esq.
BEIGHLEY, MYRICK, UDELL, & ZEICHMAN, PA
*Attorneys for Debtor*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com

Copies furnished to: Thomas Zeichman, Esq., who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.