**Fill in this information to identify the case:**

Debtor name    MOOCHO, INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)    26-10911-CLC

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 27, 2026    **X** /s/ Luis Parra
                                     Signature of individual signing on behalf of debtor

                                     Luis Parra
                                     Printed name

                                     Authorized Representative
                                     Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | MOOCHO, INC. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known): | 26-10911-CLC |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ace Funding 295 Madison Avenue, 12th Floor, New York, NY 10017 | | | Contingent Unliquidated Disputed | | | $537,077.70 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | | Contingent Unliquidated | | | $578,070.00 |
| Ari J Rosenzweig | | | Unliquidated Disputed | | | $216,973.36 |
| BHN Promissory Note "6220 Stoneridge Mall Road Pleasanton, CA 94588" | | | Contingent Unliquidated Disputed | | | $65,000,000.00 |
| Funding Club accounting@fundingclubus.com | | | | | | $4,139,237.62 |
| Giant Food Atherton 6524 - Penn 2121 S Atherton St, State College, PA 16801 | | | | | | $353,620.27 |
| Internal Revenue Service 201 W. Rivercenter Blvd Covington, KY 41011 | | | | | | $263,422.48 |
| Itria Ventures, LLC amit.gaur@biz2credit.com | | | Contingent Unliquidated Disputed | | | $355,387.10 |
| Jeffrey Rubin Living Trust | | | Unliquidated Disputed | | | $161,300.77 |
| Laurie Holdings, LLC 16 Laurie Lane Monsey, NY 10952 | | | | | | $226,634.70 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | MOOCHO, INC. | Case number *(if known)* | 26-10911-CLC |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lend Bug 266 E Main St #700R Stamford, CT 06902 | | | Contingent Unliquidated Disputed | | | $755,169.18 |
| Marc Stein | | | Unliquidated Disputed | | | $175,000.00 |
| Marcos Kohn 3333 Graham Blvd. #602 Montreal, QC, H3R 3L Canada | | | | | | $326,274.00 |
| Merchant Advance 15 Main Street Holmdel, NJ 07733 | | | Contingent Unliquidated | | | $356,041.65 |
| MNY Capital 333 W Commercial Street, Suite 324 East Rochester, NY 14445 | | | Contingent Unliquidated | | | $725,703.72 |
| Pure Financial Funding Mike@purefinancialfunding.com Toms River, NJ | | | Contingent Unliquidated Disputed | | | $901,851.81 |
| Ramp Card Ramp Business Corporation Attn: Legal Department 28 W 23rd Street, 4th Floor New York, NY 10010 | | | | | | $702,717.53 |
| Small Business Administration 409 3rd Street SW Washington, DC 20416 | | | | | | $454,596.00 |
| Winn Dixie 8928 Prominence Pkwy Unit 200 Jacksonville, FL 32256 | | | | | | $723,011.87 |
| Wynwood Capital 20200 W Dixie Highway, MIAMI, FL 33180 | | | Unliquidated Disputed | | | $543,754.95 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    MOOCHO, INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)    26-10911-CLC

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................................   $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................................   $    5,231,533.60

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................................................   $    5,231,533.60

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $    0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    80,245,428.32

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b      $    80,245,428.32

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   MOOCHO, INC.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)  26-10911-CLC

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | American Express | Unknown |
| 7.2. | American Express pending. | $628,208.65 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $628,208.65 |
| --- |

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

| Debtor | MOOCHO, INC. | Case number (If known) 26-10911-CLC |
|---|---|---|
| | Name | |

11a. 90 days old or less: _____0.00_____ - _____0.00_____ = .... _____Unknown_____
                          face amount          doubtful or uncollectible accounts

**12.    Total of Part 3.**                                                                $0.00

Current value on lines 11a + 11b = line 12.    Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** 16-inch MacBook Pro (Space Gray) | $0.00 | | $1,800.00 |

**42.    Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.    Total of Part 7.**                                                                $1,800.00

Add lines 39 through 42.    Copy the total to line 86.

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    MOOCHO, INC.
_____
Name

Case number *(If known)*  26-10911-CLC
_____

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Ace    _____    $369,641.46
**Nature of claim**    _____
**Amount requested**    $0.00

Merchant Advance    _____    $80,796.77
**Nature of claim**    _____
**Amount requested**    $0.00

BMT    _____    $1,302,305.03
**Nature of claim**    _____
**Amount requested**    $0.00

CFG    _____    $387,170.62
**Nature of claim**    _____
**Amount requested**    $0.00

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   MOOCHO, INC.                                      Case number (If known) 26-10911-CLC
       Name

| | |
|---|---|
| Itria | $185,254.53 |
| **Nature of claim** | |
| **Amount requested** $0.00 | |

| | |
|---|---|
| MNY | $527,864.52 |
| **Nature of claim** | |
| **Amount requested** $0.00 | |

| | |
|---|---|
| NewCo | $869,197.87 |
| **Nature of claim** | |
| **Amount requested** $0.00 | |

| | |
|---|---|
| Pure | $64,814.85 |
| **Nature of claim** | |
| **Amount requested** $0.00 | |

| | |
|---|---|
| Wave | $173,873.99 |
| **Nature of claim** | |
| **Amount requested** $0.00 | |

| | |
|---|---|
| Wynwood | $640,605.31 |
| **Nature of claim** | |
| **Amount requested** $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   $4,601,524.95

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    MOOCHO, INC.
          Name

Case number *(If known)*  26-10911-CLC

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $628,208.65 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,601,524.95 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,231,533.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,231,533.60 |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    MOOCHO, INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)    26-10911-CLC

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: MOOCHO, INC.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known): 26-10911-CLC

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Ace Funding<br>295 Madison Avenue, 12th Floor, New York, NY 10017<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $537,077.70 |
| **3.2** Nonpriority creditor's name and mailing address<br>ACE FUNDING SOURCE LLC<br>c/o Christopher Martinez<br>235 SW 42nd Ave<br>Miami, FL 33134<br>Date(s) debt was incurred 07/14/2025<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| **3.3** Nonpriority creditor's name and mailing address<br>AdCellerant LLC<br>c/o Richard Paul Joblov<br>8821 SW 136th St, Unit 560592<br>Miami, FL 33256<br>Date(s) debt was incurred 11/05/2025<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| **3.4** Nonpriority creditor's name and mailing address<br>Advance Servicing Inc<br>c/o David Fogel,<br>32 Top Of The Rdg<br>Mamaroneck, NY 10543<br>Date(s) debt was incurred 06/24/2025<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    MOOCHO, INC.
      Name

Case number (if known)    26-10911-CLC

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,000.00 |
|---|---|---|---|

Alice Hsieh
21739 Hardy Oak Blvd
San Antonio, TX 78258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,136.60 |
|---|---|---|---|

Amazon Chase Card
JPMorgan Chase Bank, N.A.
Attn: Card Services ? Legal Notices
P.O. Box 15298
Wilmington, DE 19850-5298

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,154.26 |
|---|---|---|---|

Amazon Web Services
Altus Receivables Management
2121 Airline Dr, Suite 520
Metairie, LA 70001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $578,070.00 |
|---|---|---|---|

American Express
PO Box 650448
Dallas, TX 75265-0448

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,404.46 |
|---|---|---|---|

Angie's - Utah
690 Main St. Logan
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,890.00 |
|---|---|---|---|

Anna Ryzha
1005-2240 Lakeshore Blvd West Etobicoke
Ontario M8V0B1 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,645.04 |
|---|---|---|---|

Another Broken Egg Purdue
516 Northwestern Ave #1500
West Lafayette, IN 47906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    MOOCHO, INC.                                Case number (if known)    26-10911-CLC
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,916.67 |
|---|---|---|---|

Anupam Nautiyal
65 Nehur Marg Ashutosh Nagar Rishikesh
Uttarakhand 29201 India

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,383.67 |
|---|---|---|---|

Apizza Logan - Utah
693 Main St, suite 110
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216,973.36 |
|---|---|---|---|

Ari J Rosenzweig

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,709.47 |
|---|---|---|---|

Azzip Pizza - Purdue
939 Sagamore Pkwy W,
West Lafayette, IN 47906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,516.15 |
|---|---|---|---|

Bagel Crust - Penn
332 E Calder Way
State College, PA 16801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,983.31 |
|---|---|---|---|

Bagel Crust Beaver - Penn
225 W Beaver Ave.
State College, PA 16801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.84 |
|---|---|---|---|

Bandwidth
2230 Bandmate Way
Raleigh, NC 27607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000,000.00 |
|---|---|---|---|

BHN Promissory Note
"6220 Stoneridge Mall Road
Pleasanton, CA 94588"

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 3 of 17**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    MOOCHO, INC.                                        Case number (if known)    26-10911-CLC
      Name

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>BLACKHAWK NETWORK INC<br>c/o MICHAEL S. VITALE<br>PO Box 112<br>Orlando, FL 32802 | **As of the petition filing date, the claim is:** *Check all that apply.*                    Unknown<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** 09/19/2025 | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>BMT Capital Group<br>492 CEDAR LN STE 535,<br>TEANECK, NJ 07666 | **As of the petition filing date, the claim is:** *Check all that apply.*                    $24,262.16<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Bonfatto's - Penn<br>401 W High St<br>Bellefonte, PA 16823 | **As of the petition filing date, the claim is:** *Check all that apply.*                    $3,548.60<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Brooke Carlson<br>38 W222 Hunting Trail<br>Batavia, IL 60510 | **As of the petition filing date, the claim is:** *Check all that apply.*                    $1,000.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Buddy's BBQ - Marshall<br>1537 3rd Ave<br>Huntington, WV 25701 | **As of the petition filing date, the claim is:** *Check all that apply.*                    $6,026.45<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Cafe Sabor - Utah<br>600 W Center St<br>Logan, UT 84321 | **As of the petition filing date, the claim is:** *Check all that apply.*                    $235.02<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Campus Steaks - Penn<br>119 S Pugh St<br>State College, PA 16801 | **As of the petition filing date, the claim is:** *Check all that apply.*                    $60.11<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>CFG Merchant Solutions<br>180 Maiden Lane 15th Floor, New York, NY 10038 | **As of the petition filing date, the claim is:** *Check all that apply.*                    $96,325.00<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | MOOCHO, INC. | Case number (if known) | 26-10911-CLC |
|---|---|---|---|
| | Name | | |

**3.28** | **Nonpriority creditor's name and mailing address**
Charles Lieppe

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$25,000.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
Chase Ink Card
"JPMorgan Chase Bank, N.A.
Attn: Card Services ? Legal Notices
P.O. Box 15298
Wilmington, DE 19850-5298"

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

$3,911.77

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Chimys - Texas State
217 E. HOPKINS
San Marcos, TX 78666

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,995.32

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
Corner Room - Penn
100 W College Ave
State College, PA 16801

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,193.63

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
Costa Vida S Main - Utah
756 S Main Street
Logan, UT 84321

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,771.30

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**
CPX Interactive, LLC dba Digital Remedy
1441 Broadway Floor 32
New York, NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$51,733.81

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**
Culver's Logan - Utah
1392 N 200 E
Logan, UT 84341

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$604.87

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**
David Friedman
701 Pebble Beach Drive, Madison, WI 53717

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$31,087.72

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    MOOCHO, INC.                                    Case number (if known)    26-10911-CLC
          Name

| | | | | |
|---|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** <br> Dollar Fight Club <br> 113 Cherry Street PMB 79116 <br> Seattle, WA 98104-2205 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $2,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | | |
| 3.37 | **Nonpriority creditor's name and mailing address** <br> DoorDash, Inc <br> 303 2nd Street, Ste Tower 800 <br> San Francisco, CA 94107 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $132,908.83 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | | |
| 3.38 | **Nonpriority creditor's name and mailing address** <br> El Jefe's Taqueria - Penn <br> 352 E. CALDER WAY <br> State College, PA 16801 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $401.89 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | | |
| 3.39 | **Nonpriority creditor's name and mailing address** <br> Elliot G Levy | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | | $138,049.59 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | | |
| 3.40 | **Nonpriority creditor's name and mailing address** <br> Elliot Samuel Spiro <br> espiro@axxcesscapital.com | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $69,786.83 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | | |
| 3.41 | **Nonpriority creditor's name and mailing address** <br> Emma Ronsiek <br> 2212 N Indian Hills Trail <br> Brandon, SD 57005 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $500.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | | |
| 3.42 | **Nonpriority creditor's name and mailing address** <br> Eric Levenson <br> 5151 Collins Avenue, Apt 1125, Miami Beach, <br> FL 33140 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $414,046.83 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | | |
| 3.43 | **Nonpriority creditor's name and mailing address** <br> Everbowl - Ball <br> 1615 W University Ave, Muncie, IN <br> Muncie, IN 47303 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $14.09 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    MOOCHO, INC.                                     Case number (if known)    26-10911-CLC
      Name

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Everbowl - Purdue<br>302 Vine St STE 170<br>West Lafayette, IN 47906 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,313.06 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Everbowl - Utah<br>731 Main St Suite 120<br>Logan, UT 84321 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,865.04 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Fiddlehead - Penn<br>134 W College Ave<br>State College, PA 16801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $104.87 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Fluent LLC<br>300 Vesey Street 9th Floor<br>New York, NY 10282 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,550.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Fresco - Texas State<br>200 Springtown Way, Suite 120<br>San Marcos, TX 78666 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.95 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>Funding Club<br>accounting@fundingclubus.com | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,139,237.62 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Gabriel Cintron<br>4575 Whitton Way Unit 1121<br>New Port Richey, FL 34653 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,434.88 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>Giant Food Atherton 6524 - Penn<br>2121 S Atherton St,<br>State College, PA 16801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $353,620.27 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | MOOCHO, INC. | Case number (if known) | 26-10911-CLC |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $111,198.35 |
|---|---|---|---|

Giant Food Northland 6072- Penn
255 Northland Center

State College, PA 16803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

Grace Lux
16298 Connecticut Ave
Fortville, IN 46040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,257.16 |
|---|---|---|---|

Greek Streak 2 - Utah
185 E 1250 N Suite 100
Logan, UT 84341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,422.62 |
|---|---|---|---|

Gumby's Pizza - Texas State
312 W. Hopkins St.
San Marcos, TX 78666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66.54 |
|---|---|---|---|

Hangry Joe's - Texas State
301 N Guadalupe St
San Marcos, TX 78666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $263,422.48 |
|---|---|---|---|

Internal Revenue Service
201 W. Rivercenter Blvd
Covington, KY 41011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $378.65 |
|---|---|---|---|

Irving's - Penn
110 E College Ave
16801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,609.96 |
|---|---|---|---|

Iterable, Inc
2261 Market Street #5212
94114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 8 of 17**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    MOOCHO, INC.                                        Case number (if known)    26-10911-CLC
_____
Name

| | | |
|---|---|---|
| **3.60** | **Nonpriority creditor's name and mailing address**<br>ITRIA VENTURES LLC<br>c/o Paul A Humbert<br>199 E Flagler St, Suite 1010<br>Miami, FL 33131 | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |

Date(s) debt was incurred  08/06/2025

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address**<br>Itria Ventures, LLC<br>amit.gaur@biz2credit.com | As of the petition filing date, the claim is: *Check all that apply.*    **$355,387.10**<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address**<br>J. Dawgs - Utah<br>505 E 1400 N #170,<br>84341 | As of the petition filing date, the claim is: *Check all that apply.*    **$300.53**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.63** | **Nonpriority creditor's name and mailing address**<br>Jason's Deli - CSU<br>1538 E. Harmony Rd,<br>Fort Collins, CO 80525 | As of the petition filing date, the claim is: *Check all that apply.*    **$1,090.17**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address**<br>Java House - Purdue<br>225 S University St<br>West Lafayette, IN 47907 | As of the petition filing date, the claim is: *Check all that apply.*    **$1,004.84**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.65** | **Nonpriority creditor's name and mailing address**<br>Jeffrey Rubin Living Trust | As of the petition filing date, the claim is: *Check all that apply.*    **$161,300.77**<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.66** | **Nonpriority creditor's name and mailing address**<br>Jimmy John's Main - Utah<br>630 S Main St, Ste 3<br>Logan, UT 84321 | As of the petition filing date, the claim is: *Check all that apply.*    **$87.32**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| | | |
|---|---|---|
| **3.67** | **Nonpriority creditor's name and mailing address**<br>Jimmy John's North Main - Utah<br>1482 N Main St,<br>Logan, UT 84341 | As of the petition filing date, the claim is: *Check all that apply.*    **$1,562.83**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    MOOCHO, INC.                                                Case number (if known)    26-10911-CLC
          Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,433.74 |

Jimmy John's Stadium Purdue
311 W State St
West Lafayette, IN 47906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

Jordan Wood
1415 Lincoln Street
North Chicago, IL 60064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |

Juliana Raymond
140 E Keel Drive
Hampstead, NC 28443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,787.27 |

Juniper Take Out - Utah
35 E 400 N,
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,900.00 |

Kasie Awagu
1235B W23rd Street
Houston, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,656.72 |

Kondu - Penn
132 S Allen St,
State College, PA 16801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,634.70 |

Laurie Holdings, LLC
16 Laurie Lane
Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,750.04 |

Leanplum, Inc
PO Box 8479
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | MOOCHO, INC. | Case number (if known) | 26-10911-CLC |
|--------|--------------|------------------------|--------------|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,941.89 |
|------|---|---|---|

Lee's Marketplace Logan - Utah
555 E 1400 N,
Logan, UT 84341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755,169.18 |
|------|---|---|---|

Lend Bug
266 E Main St #700R
Stamford, CT 06902

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,342.20 |
|------|---|---|---|

MakeitMVP
4101 Pinetree Drive Apt 1405
Miami Beach, FL 33140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,551.50 |
|------|---|---|---|

Managed Cellular and Telecom Services
4500 Cypress Knee Drive
Boca Raton, FL 33487

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,786.83 |
|------|---|---|---|

Marc Joseph

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|------|---|---|---|

Marc Stein

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,786.83 |
|------|---|---|---|

Marc Vaturi

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326,274.00 |
|------|---|---|---|

Marcos Kohn
3333 Graham Blvd. #602 Montreal, QC, H3R 3L
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    MOOCHO, INC.         Case number (if known)    26-10911-CLC
      Name

| | | |
|---|---|---|
| **3.84** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,772.94 |
| Marshalls Athletics Payable | ☐ Contingent | |
| 1 John Marshall Drive | ☐ Unliquidated | |
| Huntington, WV 25755 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.85** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,948.19 |
| Matthew James Hughes | ☐ Contingent | |
| 4295 48A Street Delta British Columbia V4K | ☐ Unliquidated | |
| 2PB Canada | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.86** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $356,041.65 |
| Merchant Advance | ☒ Contingent | |
| 15 Main Street | ☒ Unliquidated | |
| Holmdel, NJ 07733 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.87** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $129,690.00 |
| Michael Kohn | ☒ Contingent | |
| 3333 Graham Blvd. #602 Montreal, QC, H3R 3L | ☒ Unliquidated | |
| Canada | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.88** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $314.93 |
| Mitchell's Mex - Purdue | ☐ Contingent | |
| 2840 S Creasy Ln | ☐ Unliquidated | |
| Lafayette, IN 47905 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.89** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $725,703.72 |
| MNY Capital | | |
| 333 W Commercial | | |
| Street, Suite 324 | ☒ Contingent | |
| East Rochester, NY 14445 | ☒ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.90** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| NewCo Capital Group LLC | | |
| c/o Piekarski Law PLLC, | | |
| One Whitehall Street, Suite 200 | ☐ Contingent | |
| New York, NY 10004 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** 09/26/2025 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.91** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| Notes Payable | ☐ Contingent | |
| | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | MOOCHO, INC. | Case number (if known) | 26-10911-CLC |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,728.86 |
|---|---|---|---|

Ohana Eats - Purdue
620 W Stadium Ave
West Lafayette, IN 47906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,500.00 |
|---|---|---|---|

PartnerCentric Inc
228 Park Ave S,Ste 46978
New York, NY 10003-1502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Payarc LLC
c/o Rimon PC
333 SE 2nd Ave, Suite 200
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/01/2025

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,300.10 |
|---|---|---|---|

PCH Media
300 Jericho Quadrangle #300
Jericho, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49,736.85 |
|---|---|---|---|

Plaid, Inc
1098 Harrison Street
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110,863.49 |
|---|---|---|---|

Playa Bowls - Penn
482 E Calder Way
State College, PA 16801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,702.38 |
|---|---|---|---|

Poke Hibachi - Purdue
112 Andrew Pl
West Lafayette, IN 47906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75,516.00 |
|---|---|---|---|

Prajnov, LLC
16433 Hayes Street
Stilwell, KS 66085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  MOOCHO, INC.
      Name

Case number (if known)  26-10911-CLC

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,550.00 |
|---|---|---|---|

Prodege Guarantor Holdings, LLC
2030 E Maple Ave Ste 200
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Pure Financial Funding
c/o Piekarski Law PLLC,
One Whitehall Street, Suite 200
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/26/2025

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $901,851.81 |
|---|---|---|---|

Pure Financial Funding
Mike@purefinancialfunding.com
Toms River, NJ

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,700.00 |
|---|---|---|---|

Pyramidal Inc dba Satya Systems
245 W 51st Street Ste 601
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,443.28 |
|---|---|---|---|

Qdoba - Marshall
2037 5th Ave,
Huntington, WV 25703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

Qualtrics International Inc
333 W River Park Drive
Provo, UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.16 |
|---|---|---|---|

Ralph Tavarez
5151 Edloe St Apt 6303

Houston, TX 77005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor      MOOCHO, INC.                                    Case number (if known)      26-10911-CLC
　　　　　　 Name

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $702,717.53 |

Ramp Card
Ramp Business Corporation
Attn: Legal Department
28 W 23rd Street, 4th Floor
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45,000.00 |

Randall C. Ex

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.04 |

Red Apple Cafe - Ball
3001 N. Oakwood Ave.
Muncie, IN 47304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $69,786.83 |

Robert Jacobs
17854 Old Winery Way, Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,025.60 |

Roosters - Marshall
26 Pullman Sq,
Huntington, WV 25701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,230.47 |

Ruby's Pizzeria - Utah
795 E 1400 N,
Logan, UT 84341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00 |

Sherman Creative LLC
11405 Luxmanor Road North
Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $454,596.00 |

Small Business Administration
409 3rd Street SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor   MOOCHO, INC.                                    Case number (if known)   26-10911-CLC
_____Name_____

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,255.22 |
| | Snap Custom Pizza - Penn | | |
| | 132 W College Ave, | ☐ Contingent | |
| | State College, PA 16801 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $139,320.52 |
| | Stripe Chargebacks | | |
| | Law Offices of Kenneth J. Fred | | |
| | 4340 Fulton Ave, 3rd Floor | ☒ Contingent | |
| | Sherman Oaks, CA 91423 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,573.78 |
| | Super Chix - Utah | | |
| | 709 Main St, | ☐ Contingent | |
| | Logan, UT 84321 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,573.53 |
| | The Fort Nutrition - CSU | | |
| | 120 W Stuart St UNIT C, | ☐ Contingent | |
| | Fort Collins, CO 80525 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $175.23 |
| | The Junction - Utah | | |
| | 1029-1043 Aggie Blvd, | ☐ Contingent | |
| | Logan, UT 84321 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $475.95 |
| | The Marketplace - Utah | | |
| | 801-899 E 600 N, | ☐ Contingent | |
| | Logan, UT 84321 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,530.21 |
| | Tropical Smoothie - CSU | | |
| | 700 S College Ave, | ☐ Contingent | |
| | Fort Collins, CO 80524 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113,823.60 |
| | Wave | | |
| | 200 South Andrews Ave, Suite 504 | ☒ Contingent | |
| | 33301 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    MOOCHO, INC.
_____Name_____    Case number (if known)    26-10911-CLC

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,624.15 |

Westside Diner - Purdue
1566 Win Hentschel Blvd
West Lafayette, IN 47906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $723,011.87 |

Winn Dixie
8928 Prominence Pkwy
Unit 200
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $543,754.95 |

Wynwood Capital
20200 W Dixie Highway, MIAMI, FL 33180

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,630.22 |

Zendesk, Inc.
Attn: Legal Department
181 Fremont Street, 17th Floor
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No    ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 80,245,428.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 80,245,428.32 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___MOOCHO, INC.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION___

Case number (if known) ___26-10911-CLC___

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    MOOCHO, INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)    26-10911-CLC

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Matthew Levenson | | ITRIA VENTURES LLC | ☐ D _____ <br> ☒ E/F ___3.60___ <br> ☐ G _____ |
| 2.2 | Matthew Levenson | | NewCo Capital Group LLC | ☐ D _____ <br> ☒ E/F ___3.90___ <br> ☐ G _____ |
| 2.3 | Matthew Levenson | | Pure Financial Funding | ☐ D _____ <br> ☒ E/F ___3.101___ <br> ☐ G _____ |
| 2.4 | Matthew Levenson | | Wynwood Capital | ☐ D _____ <br> ☒ E/F ___3.125___ <br> ☐ G _____ |
| 2.5 | Matthew Levenson | | Ace Funding | ☐ D _____ <br> ☒ E/F ___3.1___ <br> ☐ G _____ |
| 2.6 | Matthew Levenson | | MNY Capital | ☐ D _____ <br> ☒ E/F ___3.89___ <br> ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __MOOCHO, INC._____     Case number *(if known)* __26-10911-CLC_____

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.7   Matthew Levenson | Pure Financial Funding | ☐ D _____ <br> ☒ E/F ___3.102___ <br> ☐ G _____ |
| 2.8   Matthew Levenson | Wave | ☐ D _____ <br> ☒ E/F ___3.122___ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      MOOCHO, INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)    26-10911-CLC

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| For the fiscal year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $2,489,189.34 |
| For the fiscal year:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other _____ | $1,709,866.48 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | MOOCHO, INC. | Case number *(if known)* | 26-10911-CLC |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Pure Financial Funding v. MOOCHO, INC. / MOOCHO, INC / MOOCHO INC / MOOCHO, MIAMI BEACH / MOOCHO MOOCHO, INC. / MOOCHO, and MATTHEW ARI LEVENSON, 2025-00024900 | Civil | SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF CLINTON | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | ADVANCE SERVICING INC. v. MOOCHO, INC. D/B/A MOOCH PEPPER and MATTHEW ARI LEVENSON, 2025-39226 | Civil | SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF WASHINGTON | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | ACE FUNDING SOURCE LLC v. MOOCHO, INC, and MATHEW ARI LEVENSON a/k/a MATTHEW LEVENSON | Civil | 11th Circuit Court MIAMI-DADE COUNTY, FLORIDA | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.4. | NewCo Capital Group LLC v. MOOCHO, INC. / MOOCHO, INC / MOOCHO, and MATTHEW ARI LEVENSON 2025-00024917 | Civil | SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF CLINTON | ☒ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   MOOCHO, INC.                                                        Case number *(if known)*  26-10911-CLC

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | PAYARC LLC v. MOOCHO, INC. d/b/a PEPPER and MATTHEW LEVENSON, individually<br>1:25CV24526 | Civil | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | ADCELLERANT LLC dba TECHINT LABS v. MOOCHO, INC. | Civil | Miami Dade Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | BLACKHAWK NETWORK, INC., v. MOOCHO, INC., | Civil | IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Wynwood v. Moocho Inc. | Civil | Arbitration | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   MOOCHO, INC.                                          Case number *(if known)* 26-10911-CLC

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    MOOCHO, INC.                                                    Case number *(if known)*  26-10911-CLC

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒    No.
☐    Yes. Provide details below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    MOOCHO, INC.                                        Case number (if known) 26-10911-CLC

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    MOOCHO, INC.                                            Case number *(if known)*  26-10911-CLC

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          February 27, 2026

/s/ Luis Parra                                        Luis Parra
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     Authorized Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re    MOOCHO, INC.
                          Debtor(s)

Case No.    26-10911-CLC

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See attached Cap Table | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 27, 2026

Signature    /s/ Luis Parra
                 Luis Parra

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re   MOOCHO, INC.                                                     Case No.   26-10911-CLC

                                      Debtor(s)             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     February 27, 2026                 /s/ Luis Parra

                                                  Luis Parra/Authorized Representative
                                                    Signer/Title

Ace Funding
295 Madison Avenue, 12th Floor, New York


ACE FUNDING SOURCE LLC
c/o Christopher  Martinez
235 SW 42nd Ave
Miami, FL 33134


AdCellerant LLC
c/o Richard Paul Joblov
8821 SW 136th St, Unit 560592
Miami, FL 33256


Advance Servicing Inc
c/o David Fogel,
32 Top Of The Rdg
Mamaroneck, NY 10543


Alice Hsieh
21739 Hardy Oak Blvd
San Antonio, TX 78258


Amazon Chase Card
Attn: Card Services – Legal Notices
JPMorgan Chase Bank, N.A.
P.O. Box 15298 Wilmington, DE 19850-5298


Amazon Web Services
Altus Receivables Management
2121 Airline Dr, Suite 520
Metairie, LA 70001


American Express
PO Box 650448
Dallas, TX 75265-0448


Angie's - Utah
690 Main St. Logan
Logan, UT 84321


Anna Ryzha
1005-2240 Lakeshore Blvd West Etobicoke


Another Broken Egg Purdue
516 Northwestern Ave #1500
West Lafayette, IN 47906


Anupam Nautiyal
65 Nehur Marg Ashutosh Nagar Rishikesh U


Apizza Logan - Utah
693 Main St, suite 110
Logan, UT 84321


Ari J Rosenzweig

Azzip Pizza - Purdue
939 Sagamore Pkwy W,
West Lafayette, IN 47906


Bagel Crust - Penn
332 E Calder Way
State College, PA 16801


Bagel Crust Beaver - Penn
225 W Beaver Ave.
State College, PA 16801


Bandwidth
2230 Bandmate Way
Raleigh, NC 27607


BHN Promissory Note
6220 Stoneridge Mall Road
Pleasanton, CA 94588"


BLACKHAWK NETWORK INC
c/o MICHAEL S. VITALE
PO Box 112
Orlando, FL 32802


BMT Capital Group
492 CEDAR LN STE 535,
TEANECK, NJ 07666


Bonfatto's - Penn
401 W High St
Bellefonte, PA 16823


Brooke Carlson
38 W222 Hunting Trail
Batavia, IL 60510


Buddy's BBQ - Marshall
1537 3rd Ave
Huntington, WV 25701


Cafe Sabor - Utah
600 W Center St
Logan, UT 84321


Campus Steaks - Penn
119 S Pugh St
State College, PA 16801


CFG Merchant Solutions
180 Maiden Lane 15th Floor, New York, NY


Charles Lieppe

Chase Ink Card
Attn: Card Services – Legal Notices
JPMorgan Chase Bank, N.A.
P.O. Box 15298 Wilmington, DE 19850-5298


Chimys - Texas State
217 E. HOPKINS
San Marcos, TX 78666


Corner Room - Penn
100 W College Ave
State College, PA 16801


Costa Vida S Main - Utah
756 S Main Street
Logan, UT 84321


CPX Interactive, LLC dba Digital Remedy
1441 Broadway Floor 32
New York, NY 10018


Culver's Logan - Utah
1392 N 200 E
Logan, UT 84341


David Friedman
701 Pebble Beach Drive, Madison, WI 5371


Dollar Fight Club
113 Cherry Street PMB 79116
Seattle, WA 98104-2205


DoorDash, Inc
303 2nd Street, Ste Tower 800
San Francisco, CA 94107


El Jefe's Taqueria - Penn
352 E. CALDER WAY
State College, PA 16801


Elliot G Levy


Elliot Samuel Spiro
espiro@axxcesscapital.com


Emma Ronsiek
2212 N Indian Hills Trail
Brandon, SD 57005


Eric Levenson
5151 Collins Avenue, Apt 1125, Miami Bea

Everbowl - Ball
1615 W University Ave, Muncie, IN
Muncie, IN 47303


Everbowl - Purdue
302 Vine St STE 170
West Lafayette, IN 47906


Everbowl - Utah
731 Main St Suite 120
Logan, UT 84321


Fiddlehead - Penn
134 W College Ave
State College, PA 16801


Fluent LLC
300 Vesey Street 9th Floor
New York, NY 10282


Fresco - Texas State
200 Springtown Way, Suite 120
San Marcos, TX 78666


Funding Club
accounting@fundingclubus.com


Gabriel Cintron
4575 Whitton Way Unit 1121
New Port Richey, FL 34653


Giant Food Atherton 6524 - Penn
2121 S Atherton St,
State College, PA 16801


Giant Food Northland 6072- Penn
255 Northland Center
State College, PA 16803


Grace Lux
16298 Connecticut Ave
Fortville, IN 46040


Greek Streak 2 - Utah
185 E 1250 N Suite 100
Logan, UT 84341


Gumby's Pizza - Texas State
312 W. Hopkins St.
San Marcos, TX 78666


Hangry Joe's - Texas State
301 N Guadalupe St
San Marcos, TX 78666

Internal Revenue Service
201 W. Rivercenter Blvd
Covington, KY 41011


Irving's - Penn
110 E College Ave
16801


Iterable, Inc
2261 Market Street #5212
94114


ITRIA VENTURES LLC
c/o Paul A Humbert
199 E Flagler St, Suite 1010
Miami, FL 33131


Itria Ventures, LLC
amit.gaur@biz2credit.com


J. Dawgs - Utah
505 E 1400 N #170,
84341


Jason's Deli - CSU
1538 E. Harmony Rd,
Fort Collins, CO 80525


Java House - Purdue
225 S University St
West Lafayette, IN 47907


Jeffrey Rubin Living Trust


Jimmy John's Main - Utah
630 S Main St, Ste 3
Logan, UT 84321


Jimmy John's North Main - Utah
1482 N Main St,
Logan, UT 84341


Jimmy John's Stadium Purdue
311 W State St
West Lafayette, IN 47906


Jordan Wood
1415 Lincoln Street
North Chicago, IL 60064


Juliana Raymond
140 E Keel Drive
Hampstead, NC 28443

Juniper Take Out - Utah
35 E 400 N,
Logan, UT 84321


Kasie Awagu
1235B W23rd Street
Houston, TX 77008


Kondu - Penn
132 S Allen St,
State College, PA 16801


Laurie Holdings, LLC
16 Laurie Lane
Monsey, NY 10952


Leanplum, Inc
PO Box 8479
Pasadena, CA 91109


Lee's Marketplace Logan - Utah
555 E 1400 N,
Logan, UT 84341


Lend Bug
266 E Main St #700R
Stamford, CT 06902


MakeitMVP
4101 Pinetree Drive Apt 1405
Miami Beach, FL 33140


Managed Cellular and Telecom Services
4500 Cypress Knee Drive
Boca Raton, FL 33487


Marc Joseph


Marc Stein


Marc Vaturi


Marcos Kohn
3333 Graham Blvd. #602 Montreal, QC, H3R


Marshalls Athletics Payable
1 John Marshall Drive
Huntington, WV 25755


Matthew James Hughes
4295 48A Street Delta British Columbia V


Matthew Levenson

Merchant Advance
15 Main Street
Holmdel, NJ 07733


Michael Kohn
3333 Graham Blvd. #602 Montreal, QC, H3R


Mitchell's Mex - Purdue
2840 S Creasy Ln
Lafayette, IN 47905


MNY Capital
333 W Commercial
Street, Suite 324
East Rochester, NY 14445


NewCo Capital Group LLC
c/o Piekarski Law PLLC,
One Whitehall Street, Suite 200
New York, NY 10004


Notes Payable


Ohana Eats - Purdue
620 W Stadium Ave
West Lafayette, IN 47906


PartnerCentric Inc
228 Park Ave S,Ste 46978
New York, NY 10003-1502


Payarc LLC
c/o Rimon PC
333 SE 2nd Ave, Suite 200
Miami, FL 33131


PCH Media
300 Jericho Quadrangle #300
Jericho, NY 11753


Plaid, Inc
1098 Harrison Street
San Francisco, CA 94103


Playa Bowls - Penn
482 E Calder Way
State College, PA 16801


Poke Hibachi - Purdue
112 Andrew Pl
West Lafayette, IN 47906


Prajnov, LLC
16433 Hayes Street
Stilwell, KS 66085

Prodege Guarantor Holdings, LLC
2030 E Maple Ave Ste 200
El Segundo, CA 90245


Pure Financial Funding
c/o Piekarski Law PLLC,
One Whitehall Street, Suite 200
New York, NY 10004


Pure Financial Funding
Mike@purefinancialfunding.com
Toms River, NJ


Pyramidal Inc dba Satya Systems
245 W 51st Street Ste 601
New York, NY 10019


Qdoba - Marshall
2037 5th Ave,
Huntington, WV 25703


Qualtrics International Inc
333 W River Park Drive
Provo, UT 84604


Ralph Tavarez
5151 Edloe St Apt 6303
Houston, TX 77005


Ramp Card
Attn: Legal Department
Ramp Business Corporation
28 W 23rd Street, 4th Floor New York, NY


Randall C. Ex


Red Apple Cafe - Ball
3001 N. Oakwood Ave.
Muncie, IN 47304


Robert Jacobs
17854 Old Winery Way, Poway, CA 92064


Roosters - Marshall
26 Pullman Sq,
Huntington, WV 25701


Ruby's Pizzeria - Utah
795 E 1400 N,
Logan, UT 84341


Sherman Creative LLC
11405 Luxmanor Road North
Rockville, MD 20852

Small Business Administration
409 3rd Street SW
Washington, DC 20416


Snap Custom Pizza - Penn
132 W College Ave,
State College, PA 16801


Stripe Chargebacks
Law Offices of Kenneth J. Fred
4340 Fulton Ave, 3rd Floor
Sherman Oaks, CA 91423


Super Chix - Utah
709 Main St,
Logan, UT 84321


The Fort Nutrition - CSU
120 W Stuart St UNIT C,
Fort Collins, CO 80525


The Junction - Utah
1029-1043 Aggie Blvd,
Logan, UT 84321


The Marketplace - Utah
801-899 E 600 N,
Logan, UT 84321


Tropical Smoothie - CSU
700 S College Ave,
Fort Collins, CO 80524


Wave
200 South Andrews Ave, Suite 504
33301


Westside Diner - Purdue
1566 Win Hentschel Blvd
West Lafayette, IN 47906


Winn Dixie
8928 Prominence Pkwy
Unit 200
Jacksonville, FL 32256


Wynwood Capital
20200 W Dixie Highway, MIAMI, FL 33180


Zendesk, Inc.
Attn: Legal Department
181 Fremont Street, 17th Floor
San Francisco, CA 94105