UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

                                    Case No. 26-10911-CLC

MOOCHO, INC.                                Chapter 11



   Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Moocho, Inc., ("Harrison" or the "Debtor") by and through undersigned proposed counsel, file this *Chapter 11 Case Management Summary and* state:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):**

   January 26, 2026

2. **Names, case numbers and dates of filing of related debtors:**

   None

3. **Description of debtor's business:**

   The Debtor operated a business that allowed the funding of pre-paid gift cards initially at universities and subsequently spread nationwide.

4. **Locations of debtor's operations and whether the business premises are leased or owned:**

   1815 PURDY AVE Miami Beach, FL 33139 and leased by the Debtor.

5. **Reasons for filing Chapter 11:**

   The Debtor began receiving funds from MCAs which quickly overran its revenues. Additionally, accounts dried up. The bankruptcy was filed and has lined up litigation funding to pursue MCAs who collected more than permitted under than contracts.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

Matthew Levenson CEO

7. **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:**

2022 Gross Revenue - $2,489,189.34

8. **Amounts owed to various creditors:**

    a. **Obligations owed to priority creditors including priority tax obligations:**

| | | contracts) | | partially secured | of collateral or setoff | |
|---|---|---|---|---|---|---|
| Ace Funding 295 Madison Avenue, 12th Floor, New York, NY 10017 | | | Contingent Unliquidated Disputed | | | $537,077.70 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | | Contingent Unliquidated | | | $578,070.00 |
| Ari J Rosenzweig | | | Unliquidated Disputed | | | $216,973.36 |
| BHN Promissory Note "6220 Stoneridge Mall Road Pleasanton, CA 94588" | | | Contingent Unliquidated Disputed | | | $65,000,000.00 |
| Funding Club accounting@fundingclubus.com | | | | | | $4,139,237.62 |
| Giant Food Atherton 6524 - Penn 2121 S Atherton St, State College, PA 16801 | | | | | | $353,620.27 |
| Internal Revenue Service 201 W. Rivercenter Blvd Covington, KY 41011 | | | | | | $263,422.48 |
| Itria Ventures, LLC amit.gaur@biz2credit.com | | | Contingent Unliquidated Disputed | | | $355,387.10 |
| Jeffrey Rubin Living Trust | | | Unliquidated Disputed | | | $161,300.77 |
| Laurie Holdings, LLC 16 Laurie Lane Monsey, NY 10952 | | | | | | $226,634.70 |

| | | | | | |
|---|---|---|---|---|---|
| Lend Bug<br>266 E Main St #700R<br>Stamford, CT 06902 | | | Contingent<br>Unliquidated<br>Disputed | | | $755,169.18 |
| Marc Stein | | | Unliquidated<br>Disputed | | | $175,000.00 |
| Merchant Advance<br>15 Main Street<br>Holmdel, NJ 07733 | | | Contingent<br>Unliquidated | | | $356,041.65 |
| MNY Capital<br>333 W Commercial<br>Street, Suite 324<br>East Rochester, NY<br>14445 | | | Contingent<br>Unliquidated | | | $725,703.72 |
| Pure Financial<br>Funding<br>Mike@purefinancialfu<br>nding.com<br>Toms River, NJ | | | Contingent<br>Unliquidated<br>Disputed | | | $901,851.81 |
| Ramp Card<br>Ramp Business<br>Corporation<br>Attn: Legal<br>Department<br>28 W 23rd Street, 4th<br>Floor<br>New York, NY 10010 | | | | | | $702,717.53 |
| Small Business<br>Administration<br>409 3rd Street SW<br>Washington, DC<br>20416 | | | | | | $454,596.00 |
| Stripe Chargebacks<br>Law Offices of<br>Kenneth J. Fred<br>4340 Fulton Ave, 3rd<br>Floor<br>Sherman Oaks, CA<br>91423 | | | | | | $146,187.84 |
| Winn Dixie<br>8928 Prominence<br>Pkwy<br>Unit 200<br>Jacksonville, FL<br>32256 | | | | | | $723,011.87 |
| Wynwood Capital<br>20200 W Dixie<br>Highway, MIAMI, FL<br>33180 | | | Unliquidated<br>Disputed | | | $543,754.95 |

    **b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims**

**None**

    **c. Amount of unsecured claims: $79,000,000.00.**

**9. General description and approximate value of the debtor's assets:**

| Asset Description: | Estimated Value: |
|---|---|
| American express | $650,000.00 |

| TOTAL: | $650,000.00 |
|---|---|

**10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, the amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:**

None at this time.

**11. Number of employees and amounts of wages owed as of petition date:**

Reviewing.

**12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

Current.

**13. Anticipated emergency relief to be requested within 14 days from the petition date:**

None.

Dated: March 10, 2026

Respectfully Submitted,

**Zeichman Law**
*Proposed Counsel for Debtor*
2385 Executive Center Drive
Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
By:_____/s/ Thomas G. Zeichman_____
THOMAS G. ZEICHMAN
Florida Bar No. 99239

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished via

via CM/ECF on March 10, 2026

/s/ Thomas G. Zeichman\
Thomas G. Zeichman