**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

MOOCHO, Inc.,

Debtor.

Case No. 26-10911-CLC
Chapter 11

_____/

**DEBTOR'S APPLICATION TO EMPLOY**
**THOMAS G. ZEICHMAN, ESQ. AND**
**ZEICHMAN LAW AS**
**ATTORNEYS FOR THE DEBTOR EFFECTIVE AS**
**OF JANUARY 26, 2026**

MOOCHO, INC, the "Debtor", respectfully files this *Application to Employ Thomas G. Zeichman, Esq. as Attorneys for the Debtor Effective as of January 26, 2026* (the "Application") and requests an order of the court approving the employment effective as of January 26, 2026 to represent the Debtor in this case, and states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157.

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On January 26, 2026, the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code (the "Petition Date") [ECF 1].

4. The Debtor desires to employ Thomas G. Zeichman, Esq. (the "Attorney") and the firm of Zeichman Law (the "Firm") in this case.

5.    The Debtor believes that the Attorney and Firm are qualified to practice in this court and are qualified to advise the Debtor on its relations with, and responsibilities to, the creditors and other interested parties.

6.    The professional services the Attorney and Firm will render are summarized as follows:

(a) To give advice to the Debtor with respect to its powers and duties as Debtor-in-Possession;

(b) To advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the Court;

(c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

(d) To protect the interest of the Debtor in all matters pending before the Court; and

(e) To represent the Debtor in negotiations with creditors in the preparation of a plan.

7.    To the best of the Debtor's knowledge, neither the Attorney nor Firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither the Attorney nor Firm represent any interest adverse to the Debtor.

8.    Attached to this motion is the Attorney's declaration demonstrating the Attorney and the Firm are disinterested as required by 11 U.S.C. § 327(a), along with a verified statement as required under Bankruptcy Rule 2014. Exhibit A.

9.    Pursuant to Local Rule 2014-1(A), a copy of the *Retainer Agreement*

executed by the Debtor is attached hereto. Exhibit B.

10.     The Attorney and the Firm have agreed to be compensated in accordance with 11 U.S.C. § 330.

11.     The Firm's attorneys request compensation at the following hourly rates:[1]

   a.   Thomas G. Zeichman, Esq. at $500.00 per hour.

   b.   Associates at $350.00 per hour

   c.   Paralegals at $195.00 per hour.

12.     Prior to the filing of this Application, the Firm was paid a fees retainer in the amount of $5,762.00 and $1,738.00 cost retainer.  Of the foregoing, $0 remains in trust.

WHEREFORE, the Debtor respectfully requests that this Court enter an order authorizing retention of Thomas G. Zeichman, Esq. and the firm of Zeichman Law effective as of the date of the Chapter 11 Petition, January 26, 2026, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330, authorizing the payment terms stated herein, , and granting any further relief as this Court deems just and proper.

Dated: March 12, 2026

Respectfully Submitted,

**Zeichman Law**
***Proposed Counsel for Moocho, Inc.***
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431

---

[1] The attorneys list are the primary attorneys on the matter; however, other attorneys may be necessary within the hourly rate range in the attached Retainer Agreement.

Phone: 561-467-6291

Tom@ZeichmanLaw.com
By:____*/s/ Thomas G. Zeichman*____
THOMAS G. ZEICHMAN
Florida Bar No. 99239

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished via mail to all parties on the attached service list on March 12, 2026.

*/s/ Thomas G. Zeichman*_____

Thomas G. Zeichman

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

                                              Case No. 26-10911-CLC

MOOCHO, Inc.,                            Chapter 11

      Debtor.

_____/

**DECLARATION[2] OF PROPOSED ATTORNEY**
**FOR DEBTOR IN POSSESSION**

Thomas G. Zeichman, Esq. declares as follows:

1.      I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2.      I am employed by the law firm of Zeichman Law with offices located at 2385 NW Executive Center Drive, Suite 300 Boca Raton, FL 33431.

3.      Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

4.      Except for the continuing representation of the Debtor, neither I nor the Firm has or will represent any other entity in connection with this case and neither I nor the Firm will accept any fee from any other party or parties in this case unless authorized by the Court.

5.      Pre-petition I provided services to the Debtor. There are no pre-petition fees owed to me or my Firm.

*I declare under penalty of perjury that the foregoing is true and correct.*

                          *Executed on   3/12/2026*

                          /s/ Thomas G. Zeichman
                          Thomas G. Zeichman, Esq.
                          *Proposed Counsel to the Debtor*

---

[2] This Declaration is being made pursuant to 28 U.S.C. § 1746.

**Exhibit B**

# BEIGHLEY MYRICK
# UDELL ➕ ZEICHMAN

Reply to:
Thomas Zeichman
Beighley, Myrick, Udell + Zeichman, PA
Phone: (561) 549-9036
Email: tzeichman@bmulaw.com

Moocho, Inc.
c/o Matthew Levenson, President

**Re:    Retention of Beighley, Myrick, Udell + Zeichman with representation in a Chapter 11 Bankruptcy as Debtor's Counsel**

Dear Mr. Levenson:

We are very pleased that you have asked us, Beighley, Myrick, Udell, + Zeichman PA (the "Firm") to represent you, Moocho, Inc. (the "Client") with regard to the above-referenced matter. The Firm will represent the Client on an hourly fee basis. This letter constitutes the entire agreement between the Client and the Firm, describes the terms of our relationship, and sets forth the general terms of our assistance to you in connection with the above-referenced matter. While this letter is primarily intended to deal with the legal services provided by the Firm to the Client in connection with the matter referenced above, these terms and conditions will also apply to any additional legal services that the Client asks the Firm to provide in connection with this or any additional legal matter unless both the Client and the Firm agree in writing to change one or more of those terms or conditions. This letter shall control all obligations set forth herein except as may be subsequently agreed upon in writing.

The scope of this engagement is as general counsel in a to be filed bankruptcy case.

I will be the primary attorneys taking responsibility ("Attorney in Charge") for your legal matter. My hourly rate for this engagement is $500.00. With that said, the Firm makes every effort to utilize associates to draft documents and attend hearings whenever possible. Our associates and partners bill between $300.00 and $700.00 an hour. Our hourly rates are subject to change from time to time. As agreed, the Client will provide the Firm with an aggregate retainer in the amount of $7,500.00.[1]  The Client understands and agrees that the Firm estimates that the fees and costs incurred in this case will most likely run in excess of the total retainer.

Security for Fees: Florida law provides the Firm with the right to impose a lien upon documents, money and other intangibles and materials coming into possession by the Firm to secure

---

[1] $ 1,738.00 will be used for the filing fee. https://www.flsb.uscourts.gov/clerks-summary-fees

**BEIGHLEY, MYRICK, UDELL + ZEICHMAN**
2385 N.W. EXECUTIVE CENTER DRIVE, SUITE 300 · BOCA RATON, FLORIDA 33431
OFFICE 561-549-9036 · FAX 561-491-5509

Document Ref: PGCVT-6HKXU-TTXGR-I62EX

BMUL+Z: Moocho, Inc. Retainer
Page 2

the payment of its fees and expenses. This retaining lien, as well as appropriate charging liens, may be asserted by the Firm in appropriate circumstances.

In a Chapter 11 case, the Firm is prohibited from billing the client without first seeking Bankruptcy Court approval. Therefore, not only will you have an opportunity to review the Firm's bills prior to being invoiced, so will the creditors, the United States Trustee, and the Court. For your convenience, our offices will provide you with a monthly statement, for informational purposes only, in order for you to track how much time the Firm spent on this matter during the prior month.

Like any litigation or transaction, it is impossible to predict what your adverse parties are going to file or do during this proceeding. Therefore, the fees incurred will most likely exceed the total retainer. As previously stated, all fees are subject to bankruptcy court approval. By executing this agreement, you agree that the Firm has a right to withdraw from your case in the event that a contested issue arises and you refuse to provide an additional retainer. In the event that a bankruptcy trustee is appointed and/or this case converts to one under Chapter 7, the Client agrees that the Firms have a right to withdraw. We will endeavor to serve the Client effectively and strive to represent its interests vigorously and efficiently. Any expressions on our part concerning the cost or outcome of your legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed. For us to provide these services most effectively, we require you to disclose fully and accurately all pertinent facts and keep us apprised of all developments in the matter. Please cooperate with us and be available to attend meetings, conferences, hearings, and other proceedings as appropriate.

We will endeavor to serve the Client effectively and strive to represent its interests vigorously and efficiently. Any expressions on our part concerning the cost or outcome of your legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed. For us to provide these services most effectively, we require you to disclose fully and accurately all pertinent facts and keep us apprised of all developments in the matter. Please cooperate with us and be available to attend meetings, conferences, hearings, and other proceedings as appropriate.

Please review this letter in its entirety. If you have any questions or concerns regarding the foregoing terms and conditions, please do not hesitate to contact either one of us. **Please acknowledge your understanding and approval of all the terms and conditions contained in this letter by signing and returning a copy of this letter to the undersigned.** We will begin our representation upon receipt of the executed copy of this letter and the retainer amount as stated above.

**[Signatures on Following Page]**

2385 N.W. EXECUTIVE CENTER DRIVE, SUITE 300 · BOCA RATON, FLORIDA 33431
OFFICE 561-443-0800 · FAX 561-998-0047

Document Ref: PGCVT-6HKXU-TTXGR-I62EX

BMUL+Z: Moocho, Inc. Retainer
Page 3

Beighley, Myrick, Udell + Zeichman, PA

By: _____

Thomas Zeichman, Esq.

All the terms and conditions contained in this letter have been **REVIEWED, ACKNOWLEDGED AND ACCEPTED** by Client ___January 6___, 2026.

Moocho, Inc.

By: ___Matthew Levenson___

Matthew Levenson, President

2385 N.W. EXECUTIVE CENTER DRIVE, SUITE 300 · BOCA RATON, FLORIDA 33431
OFFICE 561-443-0800 · FAX 561-998-0047