**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

MOOCHO, INC.                                    Case No.: 26-10911-CLC

     Debtor.                                    Chapter 11

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Barry S. Turner, Esq., of the law firm of Barry S. Turner P.A, files this Notice of Appearance as counsel of record in this proceeding for Funding Club, LLC.

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

The filing of this Notice of Appearance should not be construed or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of Funding Club, LLC, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court; (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any adversary proceeding or contested matter; or (iv) a waiver of any

right to jury trial which may exist in favor of Funding Club, LLC, in any proceeding that has been or will be instituted during the course of the case.

Submitted this 12th day of March, 2026.

**BARRY S. TURNER, P.A.**
*Counsel for Funding Club, LLC*
PO Box 330189
Miami, Florida 33233
Tel: 305.699.4392
Email: bt@bstpa.com

By:    */s/ Barry S. Turner*
Barry S. Turner, Esq.
Florida Bar No. 85535

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 12th day of March, 2026, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Notice List.

By:    */s/ Barry S. Turner*
Barry S. Turner, Esq.