UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

                                              CASE NO.: 26-10911-CLC

Moocho, Inc.                                   CHAPTER 7


          Debtors.

_____/

NOTICE OF APPOINTMENT OF TRUSTEE


The Acting United States Trustee for Region 21, Guy A. Van Baalen, through his

undersigned counsel, pursuant to Title 11, United States Code, Section 701, has appointed:

**Robert Angueira**

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under

the general blanket bond heretofore approved.

          Dated: March 17, 2026

                                  Guy A. Van Baalen,
                                  Acting United States Trustee,
                                  Region 21

                                  By: /s/ Heidi A. Feinman_____
                                  Heidi A. Feinman, Assistant United States Trustee
                                  Office of the United States Trustee
                                  51 SW First Avenue, Ste. 1204
                                  Miami, Florida 33130
                                  Tel: (305) 536-7285
                                  Fax: (305) 536-7360
                                  Email: Heidi.A.Feinman@usdoj.gov