UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
*www.flmb.uscourts.gov*

In re:                                              Case No. 26-10911-CLC

MOOCHO, INC                                         Chapter 7

       Debtor.

_____/

## EX-PARTE APPLICATION FOR APPROVAL OF EMPLOYMENT OF MARIA M. YIP AND YIP ASSOCIATES AS FORENSIC ACCOUNTANTS TO ROBERT A. ANGUEIRA, CHAPTER 7 TRUSTEE, EFECTIVE AS OF APRIL 3, 2026

Robert A. Angueira, the duly appointed Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Moocho, Inc (the "**Debtor**") files this application (the "**Application**"), pursuant to 11 U.S.C. §§ 327 and 330 and Fed. R. Bankr. P. 2014, seeking approval of the employment of Maria M. Yip ("**Yip**") and the firm of Yip Associates ("**Yip Associates**") as forensic accountants to the Trustee and states:

### Jurisdiction and Venue

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.     Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory predicates for the relief sought herein are Sections 105(a) and 327(a) of the Bankruptcy Code.

### Background

4.     On January 26, 2026 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**")  [Dkt. No. 1].

1

5.      On February 13, 2026, Blackhawk Network, Inc. filed a *Motion of Blackhawk Network, Inc. to Convert Chapter 11 Case to Case Under Chapter 7* [Dkt. No. 21] (the "**Motion to Convert**"), seeking to convert this case to a case under Chapter 7 of the Bankruptcy Code.

6.      On March 17, 2026, the Court entered an *Order Converting Case Under Chapter 11 to Case Under Chapter 7* [Dkt. No. 52], thereby converting the Debtor's Chapter 11 case to a case under Chapter 7.

7.      On March 17, 2026, the Office of the United States Trustee (the "UST") docketed its *Notice of Appointment of Interim Chapter 7 Trustee* [Dkt. No. 53], which appointed Robert A. Angueira as the Interim Chapter 7 Trustee of the Debtor's bankruptcy estate (the "**Estate**").

<u>**Relief Requested and Basis Therefore**</u>

8.      The Debtor's financial affairs are complex.

9.      Accordingly, in order for the Trustee to properly discharge his duties in this case, it is necessary that he employ forensic accountants to assist him in investigating the financial affairs of the Debtor and other financial matters.

10.     The Trustee has selected Yip Associates because of its extensive experience and expertise in forensic accounting and bankruptcy and is qualified to serve as forensic accountants to the Trustee.

11.     The Trustee seeks to employ Yip Associates to render the following professional services to the Trustee as forensic accountants:

(a) Review of all financial information prepared by the Debtor, including but not limited to a review of the Debtor's financial information as of the Petition Date, including, but not limited to, examining its assets and liabilities;

(b) Review and analyze the organizational structure of any entity of the Debtor, the

entity's financial interrelationships amongst the Debtor, its principals, affiliates, and insiders, including a review of the books of such entities or persons as may be required;

(c) Review and analyze transfers to and from the Debtor to third parties, both pre-petition and post-petition;

(d) Attend meetings with the Debtor, creditors, insiders, and associates of such parties, and with federal, state, and local tax authorities, if requested;

(e) Review the books and records of the Debtor for potential preference payments, fraudulent transfers, or any other matters that the Trustee may request, including an analysis of insolvency;

(f) The rendering of any such other assistance in the nature of accounting, financial consulting, or other financial projects as the Trustee may deem necessary; and

(g) Preparation of the estate tax returns.

12. To the best of the Trustee's knowledge, Yip Associates is "disinterested" (as such term is defined in Section 101(14) of the Bankruptcy Code) and has no connection with the Debtor, the creditors or any other party in interest, except as set forth in the *Declaration of Maria M. Yip on behalf of Yip Associates, as proposed forensic accountants to Robert A. Angueira, Chapter 7 Trustee* (the "**Yip Declaration**"), annexed hereto as **Exhibit "A"**.

13. Yip Associates will apply for compensation and reimbursement of costs pursuant to 11 U.S.C. § 330 and 331, at its standard hourly rates, as they may be adjusted from time to time, for services rendered and cost incurred in this case. Yip Associates engagement letter is annexed hereto as **Exhibit "B"**.

**WHEREFORE** the Trustee respectfully requests that this Court enter an *ex-parte* order in the form attached hereto as **Exhibit "C"** (i) approving the Trustee's employment of Maria M. Yip,

3

and Yip Associates to perform the services set forth in this Application to the Trustee in this case and (ii) granting any other relief as this Court deems appropriate.

Dated: April 6, 2026                    Respectfully submitted,

By: _____
Robert A. Angueira, Trustee
16 SW 1st Avenue
Miami, FL 33130
305-263-3328

4

## CERTFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 6, 2026, a true and correct copy of the foregoing was served (i) electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case; and (ii) by first class, U.S. Mail upon the Debtor, Moocho, Inc., Attn.: Luis Parra, 1815 Purdy Ave., Miami Beach, FL 33139, and Moocho, Inc., Attn.: Luis Parra, 32158 Camino Capistrano, Ste. A, PMB 321, San Juan Capistrano, CA 92675, and Debtor's counsel, Thomas G. Zeichman, Esq., Zeichman Law, 2385 NW Executive Center Dr., Ste. 300, Boca Raton, FL 33431-8530.

ROBERT A. ANGUEIRA
Chapter 7 Trustee
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail trustee@rabankruptcy.com

By _____
ROBERT A. ANGUEIRA
Chapter 7 Trustee
Florida Bar No. 0833241

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
*www.flmb.uscourts.gov*

In re:                                                                  Case No. 26-10911-CLC

MOOCHO, INC                                                  Chapter 7

      Debtor.

_____/

## DECLARATION OF MARIA M. YIP ON BEHALF OF YIP ASSOCIATES, AS PROPOSED FORENSIC ACCOUNTANTS TO ROBERT A. ANGUEIRA, CHAPTER 7 TRUSTEE

1.      I am Maria M. Yip. I am a Certified Public Accountant ("CPA"), a Certified Fraud Examiner ("CFE"), a Certified Insolvency and Restructuring Advisor ("CIRA"), and the founder and Managing Partner of Yip Associates ("**Yip Associates**"). Our firm maintains offices in Florida, New Jersey, New York, and Massachusetts.

2.      I am familiar with the matters set forth herein and make this Declaration in support of the *Ex-Parte Application for Approval of Employment of Maria M. Yip and Yip Associates as Forensic Accountants to Robert A. Angueira, Chapter 7 Trustee, Effective as of April 3, 2026* (the "**Application**").

3.      Robert A. Angueira, the duly appointed Chapter 7 Trustee (the "Trustee"), has requested that Yip Associates and I serve as his forensic accountants for the reasons stated in the said Application.

## Disclosures

4.      Yip Associates maintains a conflict check system. A conflict check search was run for all creditors on the creditor matrix filed with the Court by MOOCHO, Inc (the "Debtor"), the Debtor and the Debtor's attorney.  In preparing this Declaration, I reviewed the results obtained from the firm's conflict check system and no employee in our firm has had or presently has any connection with the Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, on any matters in which the firm is to be engaged with the following exceptions:

(a)      I am the sole member of Yip Associates.

(b)      I am a member of the panel of bankruptcy trustees in the Southern District of Florida.

(c)      Some of the Debtor's creditors may be the same as some of the creditors in other unrelated bankruptcy matters in which Yip Associates has been retained as accountants, both by me in my capacity as Trustee, as well as by other Trustees in the Southern District of Florida.

(d)      Creditors' counsel may serve as counsel for creditors in other unrelated bankruptcy matters in which Yip Associates has been retained as accountants, both by me in my capacity as Trustee, as well as by other Trustees in the Southern District of Florida.

(e)      Proposed Trustee's Special Counsel, Paul Singerman, and his law firm, Berger Singerman, LLP serve as counsel for the debtor in the unrelated bankruptcy matter In re: American Purchasing Services, LLC, Case No. 20-23495-SMG in which Yip Associates has been retained as forensic accountants.

(f)     Yip Associates serves as forensic accountants to Jacqueline Calderin in her capacity as Chapter 7 Trustee In re Shiftpixy, Inc., Case No. 24-21209-LMI. Proposed Trustee Special Counsel Berger Singerman represents Robert A. Angueira, Trustee, as plaintiff, in an adversary proceeding against Shiftpixy, Inc., Adv. No. 23-01257-LMI.

(g)     Thomas G. Zeichman represents the Debtor in this case. Mr. Zeichman represents several defendants in the following adversary proceedings In re Frozen Wheels, LLC and B"H Frozen Wheels, LLC, in which Maria M. Yip is the plaintiff in her capacity as Chapter 7 Trustee, as follows:

- Jose Alfie, Dan Alfie, Pam Ghermizian, Apolo 18 Group, LLC, Alfie Group, LLC, and Bereshit Consulting, LLC, Adv. No. 24-01479-LMI

- Rani Zantout, Adv. No. 24-01465-LMI

- Royal Electronics, Inc., Adv. No. 24-01476-LMI

- JZ Signature Investments, LLC, Adv. No. 24-01477-LMI

- Papayon Properties LLC, Adv. No. 24-01478-LMI

- Enrique Sebastian Tettamanti, Adv. No. 24-01482-LMI

- Meir Singer, Adv. No. 25-01097-LMI

- Simon Cohen Hanan, Adv. No. 25-01099-LMI

- Simon Mercado Cheja, Adv. No. 25-01109-LMI

- Dean H Tyler, Adv. No. 24-01436-LMI

- Wynwood Starts Here LLC, Adv. No. 24-01450-LMI

(h)     Daniel J. Stermer is employed by Yip Associates. Berger Singerman represents Daniel J. Stermer in a number of state and federal court receiverships, none of which is related to the Debtor's bankruptcy case.

5.     I am well-qualified to serve as forensic accountant to the Trustee for the purpose required. I have more than 30 years of professional experience and training in forensic accounting within the context of bankruptcy. I have been retained as forensic accountants to render professional services to trustees in numerous unrelated bankruptcy matters in this District. Yip Associates and I have rendered professional services to fiduciaries and clients in this District in other unrelated bankruptcy and non-bankruptcy matters.

6.     Neither Yip Associates nor I have or will represent any other entity in connection with this case and neither Yip Associates nor I have or will accept any fee from any other party or parties in this case, except the Trustee, unless otherwise authorized by the Court.

7.     The professional fees and costs incurred by Yip Associates in the course of its representation of the Trustee in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330 and 331, and Federal Rule of Bankruptcy Procedure 2014.

8.     Yip Associates will apply for compensation and reimbursement of costs pursuant to 11 U.S.C. § 330 and 331, at its standard hourly rates, as they may be adjusted from time to time, for services rendered and costs incurred in this case. The rates are as follows:

| Partners | $550 - $695 |
|---|---|
| Directors | $425 - $500 |
| Senior Managers | $400 |
| Managers | $365 - $375 |
| Senior Associates & Associates | $245 - $295 |
| Paraprofessionals | $195 |

9.     No promises have been received by Yip Associates nor any member or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## 28 U.S.C § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on April 3, 2026.

_/s/ Maria M. Yip_____
MARIA M. YIP

# EXHIBIT "B"



FORENSIC ACCOUNTING • FINANCIAL INVESTIGATIONS • FIDUCIARY SERVICES

Maria M. Yip, CPA, CFE, CIRA, CFF
Managing Partner

Miami
9200 S. Dadeland Blvd., Suite 316
Miami, Florida 33156

myip@yipcpa.com

D  305.787.3750
F  1.888.632.2672

April 3, 2026

Robert A. Angueira, Trustee
16 SW 1ˢᵗ Ave.
Miami, FL 33131
Via e-mail: robert@rabankruptcy.com

Re:  Engagement Letter – In re Moocho, Inc., Case No. 26-10911-CLC

Dear Robert:

This letter will confirm the understanding that Yip Associates (the "Firm") will serve as forensic accountants to you, in your capacity as Chapter 7 Trustee ("Client") of Moocho, Inc. (the "Debtor") subject to Bankruptcy Court approval pursuant to 11 U.S.C. § 327.

The Trustee seeks to employ Yip Associates to render the following forensic accounting services:

(a) Review of all financial information prepared by the Debtor, including but not limited to a review of the Debtor's financial information as of the Petition Date, including, but not limited to, examining its assets and liabilities;

(b) Review and analyze the organizational structure of any entity of the Debtor, the entity's financial interrelationships amongst the Debtor, its principals, affiliates, and insiders, including a review of the books of such entities or persons as may be required;

(c) Review and analyze transfers to and from the Debtor to third parties, both pre-petition and post-petition;

(d) Attend meetings with the Debtor, creditors, insiders, and associates of such parties, and with federal, state, and local tax authorities, if requested;

(e) Review the books and records of the Debtor for potential preference payments, fraudulent transfers, or any other matters that you may request, including an analysis of insolvency;

(f) The rendering of any such other assistance in the nature of accounting, financial consulting, or other financial projects you may deem necessary; and

(g) Preparation of the estate tax returns.



FORENSIC ACCOUNTING ✦ FINANCIAL INVESTIGATIONS ✦ FIDUCIARY SERVICES

For all services rendered, the Firm will bill at the following hourly rates, which are subject to periodic change:

| Partners | $550 - $695 |
|---|---|
| Directors | $425 - $500 |
| Senior Managers | $400 |
| Managers | $365 - $375 |
| Senior Associates & Associates | $245 - $295 |
| Paraprofessionals | $195 |

In addition to the professional fees, the Firm will also seek payment for all costs and expenses incurred in connection with its representation of you as Client, including but not limited to, court costs, deposition costs, expert costs, service fees, photocopying charges, postage and all other necessary expenses.

Firm understands and agrees that payment of its fees and costs shall be upon proper application or applications thereof, and subject to Bankruptcy Court approval, pursuant to, inter alia, 11 U.S.C. § 328 and 330.

This agreement and the entire relationship between Client and the Firm shall be construed and governed by the laws of the State of Florida. Firm and Client agree that this agreement is subject to Bankruptcy Court approval and the Bankruptcy Court shall retain exclusive jurisdiction to: (a) enforce, implement and interpret the terms and provisions of this agreement; and (b) resolve any disputes, controversies or claims arising out of or relating to this agreement.

If this letter accurately describes the agreement and understanding between Client and the Firm, please sign the letter on the signature line directly above your name, date the letter, and return a copy of the executed letter to me at myip@yipcpa.com.

My signature on this letter represents the Firm's agreement to fully and ethically represent you as Client under the terms and conditions set forth above.

Sincerely,

Maria M. Yip, CPA, CFE, CIRA, CFF
Managing Partner



**YIP** ASSOCIATES

FORENSIC ACCOUNTING + FINANCIAL INVESTIGATIONS + FIDUCIARY SERVICES

I, Robert A. Angueira, solely in my capacity as Chapter 7 Trustee of the above listed bankruptcy estate hereby acknowledge that I have read and understood the terms and conditions set forth in this agreement, and that I am knowingly and voluntarily executing this agreement for forensic accounting services on behalf of the bankruptcy estate.

Date: April __3__, 2026

_____
ROBERT A. ANGUEIRA, TRUSTEE

# EXHIBIT "C"

PROPOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
*www.flmb.uscourts.gov*

In re:                                                          Case No. 26-10911-CLC

MOOCHO, INC                                          Chapter 7

     Debtor.

_____/

**ORDER APPROVING EX-PARTE APPLICATION FOR APPROVAL OF EMPLOYMENT**
**OF MARIA M. YIP AND YIP ASSOCIATES AS FORENSIC ACCOUNTANTS TO**
**ROBERT A. ANGUEIRA, CHAPTER 7 TRUSTEE, EFFECTIVE AS OF APRIL 3, 2026**

**THIS MATTER** having come before the Court upon the *Ex-Parte Application for Approval of Employment of Maria M. Yip and Yip Associates as Forensic Accountants to Robert A. Angueira, Chapter 7 Trustee, Effective as of April 3, 2026* (the "**Application**") [Dkt No. __] and the Declaration of Maria M. Yip on behalf of Yip Associates as Forensic Accountants to Robert A. Angueira, Chapter 7 Trustee (the "**Yip Declaration**") attached to the Application as **Exhibit "A"**, the Application requests entry of an order approving the Trustee's employment of Maria M. Yip and Yip Associates.

The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C § 157(b)(2)(A). The relief requested in the Application is in the best interests of the estate and the creditors. The Yip

1

Declaration makes relevant disclosures as required by Fed. R. Bankr. P. 2014. The Yip Declaration contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that Maria M. Yip and Yip Associates are disinterested as required by 11 U.S.C § 327(a) and Fed. R. Bankr. P. 2014, the Court is authorized to grant the relief requested in the Application.

Upon the representations that Maria M. Yip and Yip Associates hold no interest adverse to the Trustee or the bankruptcy estate in the matters upon which it is to be engaged, that Maria M. Yip and Yip Associates are disinterested persons as required by 11 U.S.C § 327(a) and have disclosed any connections with parties set forth in Fed. Bankr. R. P. 2014, and that their employment is necessary and would be in the best interests of the estate, it is **ORDERED** as follows:

1.      The Application is **GRANTED**.

2.      The employment of Yip Associates as forensic accountants to the Trustee in this Chapter 7 case is **APPROVED** pursuant to 11 U.S.C § 327(a).

3.      The Trustee is authorized to employ Maria M. Yip and Yip Associates as forensic accountants to perform the services enumerated in the Application.

4.      Yip Associates shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C §§ 330 and 331, at its standard rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee.

5.      This Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses of said parties appointed herein in accordance with the applicable statutes and procedures.

### 

2

Submitted by:

ROBERT A. ANGUEIRA
Chapter 7 Trustee.
16 SW 1ˢᵗ Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail: trustee@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Trustee

*(Trustee Robert Angueira is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.)*

3