

**ORDERED in the Southern District of Florida on April 6, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                  Case No. 26-10911-CLC

MOOCHO, INC                                              Chapter 7

     Debtor.

_____/

## ORDER APPROVING EX-PARTE APPLICATION FOR APPROVAL OF EMPLOYMENT OF MARIA M. YIP AND YIP ASSOCIATES AS FORENSIC ACCOUNTANTS TO ROBERT A. ANGUEIRA, CHAPTER 7 TRUSTEE, EFFECTIVE AS OF APRIL 3, 2026

**THIS MATTER** having come before the Court upon the *Ex-Parte Application for Approval of Employment of Maria M. Yip and Yip Associates as Forensic Accountants to Robert A. Angueira, Chapter 7 Trustee, Effective as of April 3, 2026* (the "**Application**") [Dkt No. 62] and the Declaration of Maria M. Yip on behalf of Yip Associates as Forensic Accountants to Robert A. Angueira, Chapter 7 Trustee (the "**Yip Declaration**") attached to the Application as **Exhibit "A"**, the Application requests entry of an order approving the Trustee's employment of Maria M. Yip and Yip Associates.

The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C § 157(b)(2)(A). The relief requested in the Application is in the best interests of the estate and the creditors. The Yip Declaration makes relevant disclosures as required by Fed. R. Bankr. P. 2014. The Yip Declaration contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that Maria M. Yip and Yip Associates are disinterested as required by 11 U.S.C § 327(a) and Fed. R. Bankr. P. 2014, the Court is authorized to grant the relief requested in the Application.

Upon the representations that Maria M. Yip and Yip Associates hold no interest adverse to the Trustee or the bankruptcy estate in the matters upon which it is to be engaged, that Maria M. Yip and Yip Associates are disinterested persons as required by 11 U.S.C § 327(a) and have disclosed any connections with parties set forth in Fed. Bankr. R. P. 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** as follows:

1. The Application is **GRANTED**.

2. The employment of Yip Associates as forensic accountants to the Trustee in this Chapter 7 case is **APPROVED** pursuant to 11 U.S.C § 327(a).

3. The Trustee is authorized to employ Maria M. Yip and Yip Associates as forensic accountants to perform the services enumerated in the Application.

4. Yip Associates shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C §§ 330 and 331, at its standard rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee.

5. This Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses of said parties appointed herein in accordance with the applicable

statutes and procedures.

### 

Submitted by:

ROBERT A. ANGUEIRA
Chapter 7 Trustee.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail: trustee@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Trustee

*(Trustee Robert Angueira is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.)*