**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

MOOCHO, INC.                                              Case No.: 26-10911-CLC

        Debtor.                                              Chapter 11

_____/

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, Barry S. Turner, Esq. of Barry S. Turner P.A. requests that this Honorable Court enter an Order permitting the undersigned to withdraw from the case and from further representation of creditor Funding Club, LLC. In support thereof, the undersigned states as follows:

1.      Funding Club, LLC retained the undersigned firm to represent it in the above-captioned bankruptcy case.  The parties' attorney-client relationship has suffered irreconcilable differences making future representation impossible.

2.      Multiple grounds for withdrawal exist under Rule 4-1.16 (a) and (b), Florida Rules of Professional Conduct.

3.      The above-described matters constitute an irreconcilable difference and good cause for withdrawal.

WHEREFORE, Barry S. Turner, Esq. of Barry S. Turner P.A.  seeks an order allowing withdrawal as counsel of record from the case and for any other relief deemed just and proper in the circumstances.

Submitted this 10th day of April, 2026.          **BARRY S. TURNER, P.A.**
                                                 *Counsel for Funding Club, LLC*
                                                 PO Box 330189
                                                 Miami, Florida 33233
                                                 Tel: 305.699.4392

Email: bt@bstpa.com

By:     /s/ Barry S. Turner
        Barry S. Turner, Esq.
        Florida Bar No. 85535

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 10th

day of April, 2026, by electronic transmission through the Court's CM/ECF system upon all parties

registered to receive electronic notice in this case as reflected on the attached Electronic Mail

Notice List and as follows:

Funding Club, LLC
7901 4th St N, STE 300
St. Petersburg, FL 33702
isaac@greennotecapitalpartners.com
*VIA US Mail and Email*


Funding Club, LLC
c/o REGISTERED AGENTS INC., its RA
7901 4th St N, STE 300
St. Petersburg, FL 33702
*VIA US Mail*

By:     /s/ Barry S. Turner
        Barry S. Turner, Esq.