UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                          :                 CASE NO.: 26-10911-CLC
                                                :
MOOCHO, INC,                                    :                 CHAPTER 7
                                                :
          Debtor.                               :
_____ /

## NOTICE WITHDRAWING CERTIFICATE OF SERVICE ORDER APPROVING EX-PARTE APPLICATION FOR APPROVAL OF EMPLOYMENT OF MARIA M. YIP AND YIP ASSOCIATES AS FORENSIC ACCOUNTANTS TO ROBERT A. ANGUEIRA, CHAPTER 7 TRUSTEE, EFFECTIVE AS OF APRIL 3, 2026

Robert A. Angueira, as Trustee gives Notice Withdrawing Order Approving Ex-Parte Application for Approval of Employment of Maria M. Yip and Yip Associates as Forensic Accountants to Robert A. Angueira, Chapter 7 Trustee, Effective as of April 3, 2026 [D.E. 64] filed incorrectly in the case.

Dated: April 11, 2026

ROBERT A. ANGUEIRA
Chapter 7 Trustee
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail trustee@rabankruptcy.com

By      /s/ Robert A. Angueira, Esq.
        ROBERT A. ANGUEIRA
        Chapter 7 Trustee
        Florida Bar No. 0833241

CASE NO.: 26-10911-CLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case.

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By ____/s/ *Yanay Galban*____
    YANAY GALBAN, ESQ
    Florida Bar No. 0105146

2