**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

MOOCHO, INC.                                    Case No.: 26-10911-CLC

    Debtor.                                        Chapter 11

_____/

**EX-PARTE MOTION TO RESCHEDULE HEARING**
**ON MOTION TO WITHDRAW AS COUNSEL**

Barry S. Turner, Esq. of Barry S. Turner P.A. ("**Counsel**") requests that this Honorable Court enter an Order continuing and resetting the set for April 23, 2026 hearing on counsel's Motion to Withdraw as Counsel (ECF#67). In support thereof, Counsel states as follows:

1. A conflict has arisen with Counsel's schedule, such that he is unavailable on the date and time of the hearing currently scheduled on the Motion to Withdraw as Counsel (ECF#67). Accordingly, Counsel requests a brief adjournment and continuance of the hearing set for April 23, 2026 at 10:00 AM.

2. This Motion is not being filed for purposes of delay or any other improper purposes but rather is filed due to Counsel's unavailability to attend the hearing.

WHEREFORE, Barry S. Turner, Esq. of Barry S. Turner P.A. respectfully requests this Court enter an Order granting this motion, continuing the hearing scheduled for April 23, 2026 at 10:00 AM with respect to the Motion to Withdraw as Counsel (ECF#67), and granting such further relief as this Court deems just and proper.

Submitted this 20th day of April, 2026.

**BARRY S. TURNER, P.A.**
PO Box 330189
Miami, Florida 33233
Tel: 305.699.4392
Email: bt@bstpa.com
By:   */s/ Barry S. Turner*
Barry S. Turner, Esq.
Florida Bar No. 85535

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 20th day of April, 2026, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Notice List and as follows:

Funding Club, LLC
7901 4th St N, STE 300
St. Petersburg, FL 33702
isaac@greennotecapitalpartners.com
*VIA US Mail and Email*

Funding Club, LLC
c/o REGISTERED AGENTS INC., its RA
7901 4th St N, STE 300
St. Petersburg, FL 33702
*VIA US Mail*

By:   */s/ Barry S. Turner*
Barry S. Turner, Esq.