

**ORDERED in the Southern District of Florida on April 21, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

MOOCHO, INC.                                          Case No.: 26-10911-CLC

      Debtor.                                     Chapter 7

_____/

**ORDER GRANTING EX-PARTE MOTION TO RESCHEDULE**
**HEARING ON MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the *Ex Parte Motion to Reschedule Hearing on Motion to Withdraw as Counsel* (ECF#73) (the "Motion"). The Court, having reviewed the Motion and the record in this case, finding good cause to grant the relief requested, and being advised as to the premises, ORDERS:

    1.     The Motion is **GRANTED**.

    2.     The hearing on the Motion to Withdraw as Counsel (ECF#67) is rescheduled to **April 30, 2026** at **10:00 AM (EST)**.

3.      The hearing will take place in person at the following location: **C. Clyde Atkins**

**U.S. Courthouse, 301 N Miami Avenue, Courtroom 7, Miami, FL 33128**.

#       #       #

Submitted By:
Barry S. Turner, Esq.
Barry S. Turner P.A.
PO Box 330189
Miami, Florida 33233
Tel: (305) 699-4392
Email: bt@bstpa.com

*Attorney Turner shall serve copies of this Order on all parties of record who do not receive service via CM/ECF, and to file proof of such service within three (3) business days from entry of the Order.*