

**ORDERED in the Southern District of Florida on April 21, 2026.**

Corali Lopez-Castro

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

              Case No. 26-10911-CLC

Moocho, Inc.              Chapter 11

    Debtor.

_____/

### ORDER GRANTING *EX PARTE* MOTION TO AUTHORZE THOMAS G. ZEICHMAN, ESQ. AND ZEICHMAN LAW TO APPEAR AT HEARING ON <u>APRIL 23, 2026 AT 11:00 A.M. VIA ZOOM</u>

THIS CAUSE is before the Court on the *Ex Parte* Motion to Authorize Thomas G. Zeichman, Esq. and Zeichman Law to Appear at Hearing on April 23, 2026 at 11:00 a.m. via Zoom (the "Motion") (Doc No. 79). The Court has reviewed the Motion and finds good cause to grant same. The Court therefore:

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**.  Thomas G. Zeichman, Esq.

and Zeichman Law are authorized to appear via Zoom at the hearing in this matter set for April

23, 2026, at 11:00 a.m.

**Submitted By:**
Thomas G. Zeichman, Esq.
ZEICHMAN LAW
*Attorneys for Moocho, Inc.*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-467-6291
Primary Email: tzeichman@bmulaw.com

Copies furnished to: Thomas Zeichman, Esq., who shall serve a copy of the Order on all
interested parties and file a certificate of service thereon.