**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                Case No. 26-10911-CLC

MOOCHO, INC.,                                          Chapter 7

      Debtor.

_____/

**SUPPLEMENTAL DECLARATION OF PAUL STEVEN SINGERMAN, ON**
**BEHALF OF BERGER SINGERMAN LLP, AS PROPOSED SPECIAL**
**LITIGATION COUNSEL TO ROBERT A. ANGUEIRA, CHAPTER 7 TRUSTEE**

1.      I am Paul Steven Singerman. I am an attorney and through my professional association, a member of the law firm of Berger Singerman LLP ("Berger Singerman"). Our firm maintains offices for the practice of law at 1450 Brickell Avenue, Suite 1900, Miami, FL 33131; 201 East Las Olas Boulevard, Suite 1500, Fort Lauderdale, FL 33301; 313 North Monroe Street, Suite 301, Tallahassee, FL 32301; 222 Lakeview Avenue, Suite 800, West Palm Beach, FL 33401; 101 East Kennedy Boulevard, Suite 1165, Tampa, FL 33602; 2309 South MacDill Avenue, Tampa, FL 33629; and 111 North Magnolia Avenue, Suite 1450, Orlando, FL 32801. I am familiar with the matters set forth herein and make this supplemental declaration (the "Supplemental Declaration") in support of *Trustee's Application for Approval of Employment of Paul Steven Singerman and Berger Singerman LLP, as Special Litigation Counsel, and for Approval of Contingency Fee Arrangement, Effective as of the Date of the Filing of the Application* [ECF No. 60] (the "Application").[1]

2.      In support of the Application, I submitted my *Declaration of Paul Steven Singerman, on Behalf of Berger Singerman LLP, as Proposed Special Litigation Counsel to Robert*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

*A. Angueira, Chapter 7 Trustee* (the "Declaration"), which is attached to the Application as Exhibit A.

3.      On April 23, 2026, the Court conducted a hearing and approved the Application, effective as of April 3, 2026.

4.      As required by Rule 2014 of the Federal Rules of Bankruptcy Procedure, I hereby supplement the disclosures contained in the Declaration to disclose the information announced on the record of the April 23, 2026, hearing and set forth in this Supplemental Declaration, as follows:

(a)      On April 22, 2026, Thomas Zeichman, counsel for the Debtor, advised me by email that Stephanie Genauer was employed by the Debtor as the SVP of Sales, Operations, and Partnerships from June 2018 through January 2020. Stephanie Genauer is the daughter of Martin Genauer, a partner at Berger Singerman. Mr. Genauer practices on our firm's Business, Finance and Tax Team.  He is not involved, and will not be involved, in the representation of the Trustee in this case.

5.      Berger Singerman submits that the foregoing connection does not constitute a conflict of interest or in any way impairs its disinterestedness in this case.

6.      Berger Singerman respectfully submits that in respect of the supplemental disclosure contained herein, the foregoing evidences that Berger Singerman does not hold or represent an interest adverse to the Debtor or its estate with respect to the specific matters upon which Berger Singerman is to be employed, and is a "disinterested person" within the scope and meaning of Section 101(14) of the Bankruptcy Code.

7.      This concludes my Supplemental Declaration.

2

## **28 U.S.C § 1746 Declaration**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on April 24, 2026.

/s/ *Paul Steven Singerman*
PAUL STEVEN SINGERMAN