UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                    :        CASE NO.: 26-10911-CLC
                                          :
MOOCHO, INC,                              :        CHAPTER 7
                                          :
        Debtor.                           :
_____/

## TRUSTEE'S EX PARTE APPLICATION FOR EMPLOYMENT OF ATTORNEY EFFECTIVE AS OF APRIL 23, 2026

Trustee, ROBERT A. ANGUEIRA, respectfully requests an order of the court authorizing the employment of Yanay Galban of the law firm of Robert A. Angueira, P.A. to represent the Trustee in this case and states:

1.      It is necessary that the Trustee employ an attorney to represent the Trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

2.      The attorney does not hold or represent any interest adverse to the estate and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

3.      Attached to this motion as Exhibit 1 is the proposed attorney's affidavit demonstrating Yanay Galban and Robert A. Angueira, P.A. are disinterested as required by 11 U.S.C. Section 327(a) and a verified statement as required under Bankruptcy Rule 2014.

4.      As set forth in the Engagement Letter attached hereto as Exhibit 2 and incorporated by reference, Robert A. Angueira, P.A. has agreed to be compensated in accordance with 11 U.S.C. Section 330.

5.      The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to, the debtor, creditors and other parties.

6.     On April 28, 2026 [D.E. #83], the Court approved the Application to Employ Paul Singerman and his firm as Special Litigation Counsel.  The undersigned and the Trustee will ensure that there is no duplication of time between the special counsel and general counsel.

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of Yanay Galban of the law firm of Robert A. Angueira, P.A. Effective as of April 23, 2026, to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

DATED this ___28___ day of April, 2026.

Respectfully submitted,

ROBERT A. ANGUEIRA, TRUSTEE
16 SW 1st Avenue
Miami, FL 33130
(305) 263-3328

2

Exhibit 4

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                          :          CASE NO.: 26-10911-CLC
                                                :
MOOCHO, INC,                                    :          CHAPTER 7
                                                :
          Debtor.                               :
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

STATE OF FLORIDA              )
                                                ss:
COUNTY OF MIAMI – DADE  )

YANAY GALBAN, being duly sworn, says:

1.      I am an attorney admitted to practice in the State of Florida and a member in good standing since 2013.

2.      I certify that I have never been disbarred or suspended from practicing law in the State of Florida.

4.      I am an employee of the Robert A. Angueira, P.A. law firm with an office located at 16 SW 1st Avenue, Miami, FL 33130.  I have principal responsibility for the representation of the Trustee in this matter.

5.      Neither I nor the Robert A. Angueira, P.A. have any connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the U.S. Trustee.

6.      Neither I nor the Robert A. Angueira, P.A. hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. Section 327(a).

CASE NO.: 26-10911-CLC

7.      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
YANAY GALBAN, ESQUIRE

SWORN TO AN SUBSCRIBED before me this 28 day of April, 2026.   The Affiant is personally known to me and did take an oath.

_____
Notary Public

My Commission Expires:

RICHARD AUAIS
Notary Public - State of Florida
Commission # HH 438159
My Comm. Expires Aug 27, 2027
Bonded through National Notary Assn.

2

Exhibit 2

# Robert A. Angueira, P.A.

**RAA**  Attorney at Law  &  Certified Public Accountant
Member of the Panel of Trustees in the Southern District of Florida

April 27, 2026

Robert A. Angueira, Trustee
16 SW 1st Ave.
Miami, FL 33131
Via e-mail: robert@rabankruptcy.com

Re:  Engagement Letter – Case In re Moocho, Inc., Case No. 26-10911-CLC

Dear Robert:

This letter will confirm the understanding that the law firm Robert A. Angueira, P.A. (the "Firm") will represent you, in your capacity a Chapter 7 Trustee ("Client"), in the following case, subject to Bankruptcy Court approval pursuant to 11 U.S.C. § 327:

- In re Moocho, Inc, Case No. 26-10911-CLC (the "Matter")

For all services rendered in the Matter, the Firm will bill at the following hourly rates, which are subject to periodic change:

| Attorney | Rate |
|---|---|
| Yanay Galban | $440.00 |
| **Paralegal** | **Rate** |
| Richard Auais | $220.00 |

Further, in addition to legal fees, Firm will also seek payment for all costs and expenses incurred in connection with its representation in the Matter, including but not limited to, court costs, deposition costs, expert costs, service fees, photocopying charges, postage and all other necessary expenses.

Firm understands and agrees that payment of its fees and costs in the respective Matters shall be upon proper application or applications thereof, and subject to Bankruptcy Court approval, pursuant to, inter alia, 11 U.S.C. § 328 and 330.

This agreement and the entire relationship between Client and the Firm shall be construed and governed by the laws of the State of Florida. Firm and Client agree that this agreement is subject to Bankruptcy Court approval and the Bankruptcy Court shall retain exclusive jurisdiction to: (a) enforce, implement and interpret the terms and provisions of this agreement; and (b) resolve any disputes, controversies or claims arising out of or relating to this agreement.

If this letter accurately describes the agreement and understating between Client and the Firm, please sign the letter on the signature line directly above your name, date the letter, and return a copy of the executed letter to me at yanay@rabankruptcy.com.

16 S.W. 1st Avenue    Miami Florida 33130          Phone 305.263.3328   Fax 786.627.4149
robert@rabankruptcy.com                            trustee@rabankruptcy.com

ADMITTED IN FLORIDA & NEW YORK

My signature on this letter represents the Firm's agreement to fully and ethically represent Client in regard to the Matter under the terms and conditions set forth above.

Sincerely,

YANAY GALBAN, ESQ

I, Robert A. Angueira, solely in my capacity as Chapter 7 Trustee of the above listed bankruptcy estate hereby acknowledge that I have read and understood the terms and conditions set forth in this agreement, and that I am knowingly and voluntarily executing this agreement for professional legal services on behalf of the bankruptcy estate.

Date: April 27, 2026

ROBERT A. ANGUEIRA, TRUSTEE

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 28th day of April, 2026, served (i) electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case; and (ii) by first class, U.S. Mail upon the Debtor, Moocho, Inc., Attn.:  Luis Parra, 1815 Purdy Ave., Miami Beach, FL 33139, and Moocho, Inc., Attn.: Luis Parra, 32158 Camino Capistrano, Ste. A, PMB 321, San Juan Capistrano, CA 92675, and Debtor's counsel, Thomas G. Zeichman, Esq., Zeichman Law, 2385 NW Executive Center Dr., Ste. 300, Boca Raton, FL 33431-8530.

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By _____
YANAY GALBAN
Florida Bar No. 105146

3