**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DI VISION**
**www.flsb.uscourts.gov**

IN RE:                                                                   Case No. 26-10911-CLC

MOOCHO, INC.,                                                      Chapter 7

      Debtor.

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on April 28, 2026, a true and correct copy of the *Order Approving Trustee's Application for Approval of Employment of Paul Steven Singerman and Berger Singerman LLP, as Special Litigation Counsel, and Approving Contingency Fee Arrangement, Effective as of the Date of the Application* [ECF No. 83] was served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as indicated on the attached CM/ECF Service List.

                                 BERGER SINGERMAN LLP
                                 *Special Litigation Counsel to the Trustee*
                                 1450 Brickell Avenue, Suite 1900
                                 Miami, Florida 33131
                                 Telephone: (305) 755-9500
                                 Facsimile: (305) 714-4340

                               By: /s/ *Paul Steven Singerman*
                                    Paul Steven Singerman
                                    Florida Bar No. 378860
                                    singerman@bergersingerman.com
                                    Jordi Guso
                                    Florida Bar No. 863580
                                    jguso@bergersingerman.com

## CM/ECF SERVICE LIST

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com
- Paul A Humbert    pa@pahumbertlaw.com, eservice@pahumbertlaw.com
- Danielle Merola    dmerola@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jimmy D. Parrish    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov
- Paul Steven Singerman    singerman@bergersingerman.com, hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- Niki M Sturm    nsturm@kaminskilawpllc.com, jzinck@kaminskilawpllc.com
- Barry Seth Turner    bt@bstpa.com, bstpalaw@gmail.com;paralegal@bstpa.com
- Maria Yip    trustee@yipcpa.com, mmy@trustesolutions.net;cmmy11@trustesolutions.net;F012@ecfcbis.com
- Thomas G Zeichman    Tom@Zeichmanlaw.com, g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com

2