

**ORDERED in the Southern District of Florida on April 29, 2026.**

_Corali Lopez-Castro_
_____
**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 26-10911-CLC |
| | : | |
| MOOCHO, INC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | / | |

**ORDER APPROVING TRUSTEE'S EX PARTE APPLICATION FOR EMPLOYMENT
OF ATTORNEY EFFECTIVE AS OF APRIL 23, 2026**

THIS CAUSE came on before the court upon the Trustee's Ex Parte Application for Employment of Attorney Effective as of April 23, 2026 [ECF #84] (the "Application"), the Affidavit of Yanay Galban in support thereof attached to the Application as Exhibit 1, and the Letter of Engagement attached to the Application as Exhibit 2. The Application seeks to approve the employment of Yanay Galban and the Robert A. Angueira, P.A. as Trustee's general counsel on an Ex Parte basis pursuant to Local Rule 9013-1(C)(3). Upon the representations that Yanay Galban and the Robert A. Angueira, P.A. hold no interest adverse to the estate in the matters upon which they are engaged, that Yanay Galban and Robert A. Angueira, P.A. are disinterested as required by 11 U.S.C. § 327(a), and have disclosed any connections with parties set forth in

Case 26-10911-CLC   Doc 86   Filed 04/30/26   Page 2 of 2

Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that the trustee is authorized to employ Yanay Galban of the law firm of Robert A Angueira, P.A. Effective as of April 23, 2026, as attorney for the trustee, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. 305-263-3328
e-mail    yanay@rabankruptcy.com

Copies furnished to:
Yanay Galban, Esq.

*(Attorney Yanay Galban is directed to serve copies of this Order upon the Debtor, the Trustee, the Attorney for the Debtor, the U.S. Trustee, and all parties who have entered an appearance in this case, upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*