

**ORDERED in the Southern District of Florida on April 30, 2026.**

_____
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

MOOCHO, INC.                                            Case No.: 26-10911-CLC
                                                                  Chapter 11

      Debtor.

_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER came before the Court on April 30, 2026 upon the Motion to Withdraw as Counsel (the "**Motion**") filed by Barry S. Turner, Esq. of Barry S. Turner P.A. (the "**BSTPA**"). The Court having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Motion is **GRANTED**.

2.      The law firm of Barry S. Turner P.A. and Barry S. Turner, Esq. are withdrawn as counsel for creditor Funding Club, LLC.  Barry S. Turner P.A. and Barry S. Turner, Esq. shall have no further responsibilities in this case.

3.      All papers and filings shall be served on creditor Funding Club, LLC at the following address(es):

Funding Club, LLC
7901 4th St N, STE 300
St. Petersburg, FL 33702
Email: isaac@greennotecapitalpartners.com

#       #       #

Submitted By:
Barry S. Turner, Esq.
Barry S. Turner P.A.
PO Box 330189
Miami, Florida 33233
Tel: (305) 699-4392
Email: bt@bstpa.com

*Attorney Turner shall serve copies of this Order on all parties of record who do not receive service via CM/ECF, and to file proof of such service within three (3) business days from entry of the Order.*