UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                          :        CASE NO.: 26-10911-CLC
                                                :
MOOCHO, INC,                                    :        CHAPTER 7
                                                :
          Debtor.                               :
_____/

### CERTIFICATE OF SERVICE OF ORDER APPROVING TRUSTEE'S EX PARTE APPLICATION FOR EMPLOYMENT OF ATTORNEY EFFECTIVE AS OF APRIL 23, 2026

The undersigned counsel to Robert A. Angueira, as Trustee certifies that she has served a copy of the Order Approving Trustee's Ex Parte Application for Employment of Attorney Effective as of April 23, 2026 [D.E. #86], dated April 29, 2026.

I HEREBY CERTIFY that on May 1, 2026, a true and correct copy of the foregoing was served (i) electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case; and (ii) by first class, U.S. Mail upon the Debtor, Moocho, Inc., Attn.:  Luis Parra, 1815 Purdy Ave., Miami Beach, FL 33139, and Moocho, Inc., Attn.: Luis Parra, 32158 Camino Capistrano, Ste. A, PMB 321, San Juan Capistrano, CA 92675, and Debtor's counsel, Thomas G. Zeichman, Esq., Zeichman Law, 2385 NW Executive Center Dr., Ste. 300, Boca Raton, FL 33431-8530.

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com,

By  _/s/ Yanay Galban, Esq._
    YANAY GALBAN
    Florida Bar No. 105146