UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MOOCHO, INC.,

Debtor.

CASE NO. 26-10911-CLC
Chapter 7

**_EX PARTE_ MOTION TO AUTHORIZE JASON F. HOFFMAN, ESQ. AND DANIELLE L. MEROLA ESQ. TO APPEAR AT HEARING ON NOVEMBER 5, 2026 AT 11:30 A.M. VIA ZOOM**

Blackhawk Network, Inc. ("Blackhawk") respectfully requests the Court grant leave for Jason F. Hoffman, Esq. and Danielle L. Merola, Esq. to appear at the hearing in this case on November 5, 2026, at 11:30 a.m. (the "Hearing") remotely via Zoom and as grounds in support thereof states as follows:

1. The Hearing is on the Chapter 7 Trustee's Motion to Compel Debtor to Turnover Documents (Doc. No. 93) (the "Hearing Matter").

2. Blackhawk does not anticipate taking a position on the Hearing Matter and would like to attend the Hearing remotely to observe for any potential effects on or implications for Blackhawk in the converted bankruptcy case.

3. Attorney Merola's office is in Orlando. Attorney Hoffman's office is in Washington DC. It would be cost-prohibitive to travel to Miami for a hearing where Blackhawk does not intend to take a position.

4. Counsel therefore requests they be allowed to appear remotely for the above referenced hearing.

5. Counsel requests the relief be granted on an *ex parte* basis.

6. A proposed order granting the relief requested herein is attached hereto and will be submitted through CM/ECF accordingly.

WHEREFORE, for the reasons stated herein, undersigned counsel requests the Court authorize counsel for Blackhawk, Inc. to appear via Zoom on November 5, 2026 at 11:30 a.m. as well as grant any further relief the Court deems proper under the circumstances.

Respectfully submitted this 19h day of October 2026.

*/s/ Danielle L. Merola*
JIMMY D. PARRISH, ESQ.
Florida Bar No. 0526401
E-mail: jparrish@bakerlaw.com
DANIELLE L. MEROLA, ESQ.
FL Bar No.: 120120
E-mail: dmerola@bakerlaw.com
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168

JASON F. HOFFMAN, ESQ.
ADMITTED PRO HAC VICE
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone (202) 861-1500
*Attorneys for Blackhawk Network, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October 2026, I electronically filed the foregoing motion with the Clerk of the Court by using the Court's CM/ECF System which will send a Notice of Electronic Filing and copy to all parties requesting such notice.

*/s/ Danielle L. Merola*
Danielle L. Merola, Esq

**<u>Exhibit A</u>**

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MOOCHO, INC.,

CASE NO. 26-10911-CLC
Chapter 7

Debtor.

---

**ORDER GRANTING *EX PARTE* MOTION TO AUTHORIZE JASON F. HOFFMAN, ESQ. AND DANIELLE L. MEROLA ESQ. TO APPEAR AT HEARING ON NOVENBER 5, 2026 AT 11:30 A.M. VIA ZOOM**

THIS CAUSE is before the Court on the *Ex Parte* Motion to Authorize Jason F. Hoffman, Esq. and Danielle L. Merola, Esq. to Appear at Hearing on November 5, 2026 at 11:30 a.m. via Zoom (the "Motion") (Doc No. __). The Court has reviewed the Motion and finds good cause to grant same. The Court therefore

ORDERS AND ADJUDGES that the Motion is GRANTED. Jason F. Hoffman, Esq. and Danielle L. Merola, Esq. are authorized to appear via Zoom at the hearing in this matter set for November 5, 2026, at 11:30 a.m.

###

Submitted by and a copy furnished to:

DANIELLE L. MEROLA, ESQ.
Florida Bar No. 0526401
E-mail: jparrish@bakerlaw.com
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168
*Attorneys for Blackhawk Network, Inc.*