**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: Case No. 26-10911-CLC

MOOCHO, INC., Chapter 7

Debtor.
_______________________________________/

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on (i) October 16, 2026, a true and correct copy of the *Notice of Hearing* [Doc. No. 94] (the "Notice") was served by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and (ii) October 19, 2026, a true and correct copy of the Notice was served by first class, U.S. Mail to all parties on the attached Service List.

BERGER SINGERMAN LLP
*Special Litigation Counsel to the Trustee*
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Erin M. Hoskins*
Paul Steven Singerman
Florida Bar No. 378860
singerman@bergersingerman.com
Jordi Guso
Florida Bar No. 863580
jguso@bergersingerman.com
Erin M. Hoskins
Florida Bar No. 1003283
ehoskins@bergersingerman.com

## CM/ECF SERVICE LIST

- **Robert A Angueira** trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- **Yanay Galban** yanay@rabankruptcy.com, robert@rabankruptcy.com
- **Paul A Humbert** pa@pahumbertlaw.com, eservice@pahumbertlaw.com
- **Danielle Merola** dmerola@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Jimmy D. Parrish** jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Steven D Schneiderman** Steven.D.Schneiderman@usdoj.gov
- **Paul Steven Singerman** singerman@bergersingerman.com, hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Niki M Sturm** nsturm@kaminskilawpllc.com
- **Maria Yip** trustee@yipcpa.com, mmy@trustesolutions.net;cmmy11@trustesolutions.net;F012@ecfcbis.com
- **Thomas G Zeichman** tom@zeichmanlaw.com, g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com;cseaton@zeichmanlaw.com

**SERVICE LIST**

Moocho, Inc.
Attn.: Matthew Levenson
1815 Purdy Ave.
Miami Beach, FL 33139

Moocho, Inc.
Attn.: Matthw Levenson
32158 Camino Capistrano
Ste. A, PMB 321
San Juan Capistrano, CA 92675