**ORDERED in the Southern District of Florida on October 19, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MOOCHO, INC.,

Debtor.

CASE NO. 26-10911-CLC
Chapter 7

**ORDER GRANTING *EX PARTE* MOTION TO AUTHORIZE JASON F. HOFFMAN, ESQ. AND DANIELLE L. MEROLA ESQ. TO APPEAR AT HEARING ON NOVENBER 5, 2026 AT 11:30 A.M. VIA ZOOM**

THIS CAUSE is before the Court on the *Ex Parte* Motion to Authorize Jason F. Hoffman, Esq. and Danielle L. Merola, Esq. to Appear at Hearing on November 5, 2026 at 11:30 a.m. via Zoom (the “Motion”) (Doc No. 95). The Court has reviewed the Motion and finds good cause to grant same. The Court therefore

ORDERS AND ADJUDGES that the Motion is GRANTED. Jason F. Hoffman, Esq. and Danielle L. Merola, Esq. are authorized to appear via Zoom at the hearing in this matter set for November 5, 2026, at 11:30 a.m.

###

Submitted by:

DANIELLE L. MEROLA, ESQ.
Florida Bar No. 0526401
E-mail: jparrish@bakerlaw.com
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168
*Attorneys for Blackhawk Network, Inc.*

Copies furnished to: Danielle L. Merola, Esq., who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.