FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 26-10911 | **Trustee Name:** | Robert A. Angueira |
| **Case Name:** | MOOCHO, INC | **Date Filed (f) or Converted (c):** | 01/26/2026 (f) |
| **For the Period Ending:** | 09/30/2026 | **§341(a) Meeting Date:** | 04/07/2026 |
| | | **Claims Bar Date:** | 05/26/2026 |

| Ref. # | 1<br>Asset Description (Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | American Express | Unknown | $1.00 | | $0.00 | $1.00 |
| 2 | American Express pending. | $628,208.65 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Amended DE#36 | | | | | |
| 3 | Accounts receivable 90 days old or less | Unknown | $1.00 | | $0.00 | $1.00 |
| 4 | 16-inch MacBook Pro (Space Gray) | $1,800.00 | $1.00 | | $0.00 | $1.00 |
| 5 | Ace | $369,641.46 | $1.00 | | $0.00 | $1.00 |
| 6 | Merchant Advance | $80,796.77 | $1.00 | | $0.00 | $1.00 |
| 7 | BMT | $1,302,305.03 | $1.00 | | $0.00 | $1.00 |
| 8 | CFG | $387,170.62 | $1.00 | | $0.00 | $1.00 |
| 9 | Itria | $185,254.53 | $1.00 | | $0.00 | $1.00 |
| 10 | MNY | $527,864.52 | $1.00 | | $0.00 | $1.00 |
| 11 | NewCo | $869,197.87 | $1.00 | | $0.00 | $1.00 |
| 12 | Pure | $64,814.85 | $1.00 | | $0.00 | $1.00 |
| 13 | Wave | $173,873.99 | $1.00 | | $0.00 | $1.00 |
| 14 | Wynwood | $640,605.31 | $1.00 | | $0.00 | $1.00 |
| | **TOTALS (Excluding unknown value)** | **$5,231,533.60** | **$14.00** | | **$0.00** | **Gross Value of Remaining Asset**<br>**$14.00** |

**Major Activities affecting case closing:**

09/30/2026 The Trustee and his special litigation counsel and forensic accountants have been working diligently to obtain access to all of the Debtor's books and records and financial information. The Debtor has provided some log in information to the Trustee to access certain of the Debtor's financial information stored on-line. The Debtor has not provided all of the information that the Trustee and his professionals need in order to complete a forensic analysis and identify all possible sources of recovery. The Trustee has issued demands for documents and is preparing subpoenas for Rule 2004 examinations and documents. The Trustee has listed the estimated value (column 3) at $1.00 because it is unknown at present what the ultimate value will be. (LT)

**Initial Projected Date Of Final Report (TFR):** 06/15/2028 **Current Projected Date Of Final Report (TFR):** 06/15/2028

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA