**ORDERED in the Southern District of Florida on November 6, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: Case No. 26-10911-CLC

MOOCHO, INC., Chapter 7

Debtor.
_______________________________________/

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL**
**THE DEBTOR TO TURNOVER DOCUMENTS**

**THIS MATTER** came before the Court for hearing on November 5, 2026, at 11:30 a.m., in Miami, Florida, upon the *Trustee's Motion to Compel the Debtor to Turnover Documents* (the "Motion") [Dkt. No. 93]. The Court, having considered the Motion and argument of counsel, and finds good cause for granting the Motion. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. As stated on the record at the hearing, the Debtor has failed and refused to comply with its statutory duties and comprehensively respond to repeated demands for turnover of its

documents and records for several months, beginning in June 2026. The Debtor did not contest its obligations to turnover such documents.

3. The Debtor shall produce the documents requested in the Document Request[1] and Rule 2004 Exam, including, without limitation, the documents described in paragraph 12 of the Motion, to the Trustee not later than **November 9, 2026 at 5:00 p.m. E.S.T.**

4. The Debtor's failure to comply with this Order and the above-stated deadline will be punished by a finding of contempt and a hearing on the Debtor's failure to comply with fulsome turnover of the documents can be had on short notice. The Debtor, or the person the Court determines is at fault for the Debtor's failure to comply, will be responsible for any fees and costs incurred by the Trustee for bringing any further motion(s) seeking compliance with this Order and/or a finding of contempt, in addition to any other remedies available to the Trustee under applicable law.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Paul Steven Singerman, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: singerman@bergersngerman.com

*(Attorney Singerman is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

[1] Capitalized terms used in this Order and not defined herein shall have the meanings ascribed to such terms in the Motion.